IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER PHARMACEUTICALS LLC, and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS, LTD., ALEMBIC PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 16-1305-RGA <br><br> **CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 24, 2019, the following document was served on the persons listed below in the manner indicated:

1) Opening Expert Report of Craig W. Lindsley, Ph.D.

**BY EMAIL/FTP**

| | |
|---|---|
| Jack B. Blumenfeld | Aaron Stiefel |
| Megan Dellinger | Daniel P. DiNapoli |
| MORRIS, NICHOLS, ARSHT | Philip Smithback |
| & TUNNELL LLP | Jeffrey Martin |
| 1201 North Market Street | Stephanie Piper |
| P.O. Box 1347 | ARNOLD & PORTER KAYE |
| Wilmington, DE 19899 | SCHOLER LLP |
| (302) 658-9200 | 250 West 55th Street |
| jblumenfeld@mnat.com | New York, NY 10019 |
| mdellinger@mnat.com | (212) 836-8000 |
| | aaron.stiefel@apks.com |
| | daniel.dinapoli@apks.com |
| | philip.smithback@apks.com |
| | jeffrey.martin@apks.com |
| | stephanie.piper@apks.com |

Soumitra Deka
ARNOLD & PORTER KAYE
 SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 319-4500
soumitra.deka@apks.com

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Limited*

OF COUNSEL:
Huiya Wu
Daniel P. Margolis
Cindy Chang
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Joshua Weinger
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-8361

Dated: April 26, 2019