IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER PHARMACEUTICALS LLC, and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V., <br><br>      Plaintiffs,<br><br>    v.<br><br>ALEMBIC PHARMACEUTICALS, LTD., ALEMBIC PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 16-1305-RGA <br><br>**CONSOLIDATED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 27, 2019, the following documents were served on the persons listed below in the manner indicated:

1) [Confidential] Reply Expert Report of Michael J. Thirman, M.D.

2) Reply Expert Report of Craig W. Lindsley, Ph.D.

3) Reply Expert Report of Piotr Karpinski, Ph.D. Regarding Invalidity of Claims 2 & 3 of U.S. Patent No. 7,767,678

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Aaron Stiefel |
| Megan Dellinger | Daniel P. DiNapoli |
| MORRIS, NICHOLS, ARSHT | Philip Smithback |
|   & TUNNELL LLP | Jeffrey Martin |
| 1201 North Market Street | Stephanie Piper |
| P.O. Box 1347 | Victoria L. Reines |
| Wilmington, DE 19899 | ARNOLD & PORTER KAYE SCHOLER LLP |
| (302) 658-9200 | 250 West 55th Street |
| jblumenfeld@mnat.com | New York, NY 10019 |

| | |
|---|---|
| mdellinger@mnat.com<br>*Attorneys for Plaintiffs* | (212) 836-8000<br>aaron.stiefel@apks.com<br>daniel.dinapoli@apks.com<br>philip.smithback@apks.com<br>jeffrey.martin@apks.com<br>stephanie.piper@apks.com<br>victoria.reines@apks.com<br>*Attorneys for Plaintiffs* |
| Soumitra Deka<br>ARNOLD & PORTER KAYE<br> SCHOLER LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>(650) 319-4500<br>soumitra.deka@apks.com<br>*Attorneys for Plaintiffs* | Kelly E. Farnan<br>Nicole K. Pedi<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>farnan@rlf.com<br>pedi@rlf.com<br>*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.* |
| Jesse A. Salen<br>SHEPPARD, MULLIN, RICHTER<br> & HAMPTON, LLP<br>1227 El Camino Real, Suite 200<br>San Diego, CA 92130<br>(858) 720-8900<br>jsalen@sheppardmullin.com<br>*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.* | Bradley C. Graveline<br>Manish K. Mehta<br>SHEPPARD MULLIN RICHTER<br> & HAMPTON LLP<br>70 West Madison Street, 48th Floor<br>Chicago, IL 60602<br>bgraveline@sheppardmullin.com<br>mmehta@sheppardmullin.com<br>*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.* |
| April E. Weisbruch<br>SHEPPARD, MULLIN, RICHTER<br> & HAMPTON, LLP<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1900<br>aweisbruch@sheppardmullin.com<br>*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.* | |

|  |  |
|---|---|
| OF COUNSEL:<br>Huiya Wu<br>Daniel P. Margolis<br>Cindy Chang<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Joshua Weinger<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-8361<br><br>Stephen P. Benson<br>Kimberly A. Beis<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street, Suite 1900<br>Chicago, IL 60661<br>(312) 902-5200<br><br>Dated: July 1, 2019 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants Sun*<br>*Pharmaceutical Industries Inc. and*<br>*Sun Pharmaceutical Industries Limited* |