IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER PHARMACEUTICALS LLC and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V.

Plaintiffs,

v.

ALEMBIC PHARMACEUTICALS, LTD., ALEMBIC PHARMACEUTICALS, INC. , SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC.,

Defendants.

C.A. No. 16-1305 (RGA)
CONSOLIDATED

**PLAINTIFFS' NOTICE OF DEPOSITION OF CRAIG W. LINDSLEY, PH.D.**

PLEASE TAKE NOTE that pursuant to the Federal Rules of Civil Procedure and applicable local rules, plaintiffs Wyeth LLC, Wyeth Pharmaceuticals LLC., PF PRISM C.V., Pfizer Pharmaceuticals LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V. ("Pfizer" or "Plaintiffs"), by and through their undersigned counsel, will take the deposition by oral testimony of Craig W. Lindsley, Ph.D. commencing at 9:00 a.m. on August 9, 2019, at the Hilton Nashville Downtown, 121 Fourth Avenue South, Nashville, TN 37201. The deposition shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

Pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic, audio, and video means. The deposition will be taken for the purposes of discovery, use at trial in this action, and any other purposes permitted under the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Aaron Stiefel
Daniel P. DiNapoli
Stephanie Piper
Victoria L. Reines
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000

Soumitra Deka
Rachael Shen
ARNOLD & PORTER KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 319-4500

Ali Haghighi
ARNOLD &PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000

August 5, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 5, 2019, upon the following in the manner indicated:

John W. Shaw, Esquire *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
David M. Fry, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

Huiya Wu, Esquire *VIA ELECTRONIC MAIL*
Daniel P. Margolis, Esquire
Steven J. Bernstein, Esquire
Cindy Chang, Esquire
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

Joshua Weinger, Esquire *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

Kimberly A. Beis, Esquire *VIA ELECTRONIC MAIL*
Stephen P. Benson, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 300
Chicago, IL 60606
*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.*

Kelly E. Farnan, Esquire *VIA ELECTRONIC MAIL*
Nicole K. Pedi, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.*

Bradley C. Graveline, Esquire *VIA ELECTRONIC MAIL*
John B. Sample, Esquire
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Three First National Plaza
70 West Madison Street, 48th Floor
Chicago, IL 60602
*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.*

Jesse Salen, Esquire *VIA ELECTRONIC MAIL*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130
*Attorneys for Defendants Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.*

April E. Weisbruch, Esquire
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, DC 20006
*Attorneys for Defendants*
*Alembic Pharmaceuticals, Ltd. and*
*Alembic Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)