IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER PHARMACEUTICALS LLC and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 16-1305 (RGA) CONSOLIDATED |
| v. | ) ) | |
| ALEMBIC PHARMACEUTICALS, LTD., ALEMBIC PHARMACEUTICALS, INC. , SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | ) ) ) ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

## PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE
## CERTAIN EXPERT TESTIMONY BY CRAIG W. LINDSLEY, PH.D.

Plaintiffs Wyeth LLC, Wyeth Pharmaceuticals LLC, PF Prism C.V., Pfizer Pharmaceuticals LLC and Pfizer PFE Ireland Holding 1 B.V. (collectively "Pfizer") submit this motion, pursuant to Local Rule 7.1.2 and Paragraph 10(b) of the Scheduling Order (as amended), for an order excluding trial testimony by defendants' expert Craig W. Lindsley, Ph.D. on the subject of whether Pfizer was diligent in reducing to practice the inventions claimed in U.S. Patent Nos. 7,417,148 ("'148 patent") and 7,919,625 ("'625 patent"), two of the three patents that Pfizer is asserting in this case.  The diligence inquiry  does not lend itself to the sort of expert opinion testimony that defendants apparently plan to present through Dr. Lindsley.  His April 24, 2019 expert report does not make clear how his expertise as a medicinal chemist will assist this Court in understanding the evidence or determining a fact in issue for purposes of

Original Filing Date: August 30, 2019
Redacted Filing Date: September 6, 2019

deciding whether Pfizer was diligent. Testimony by Dr. Lindsley telling the Court what would and would not constitute diligence by the inventors would be improper.[1]

## I.    BACKGROUND

The '148 patent claims a method of treating or inhibiting the proliferation of chronic myelogenous leukemia ("CML") by providing to a patient in need thereof a therapeutically effective amount of the compound bosutinib, the active ingredient in Pfizer's Bosulif® product. The '625 patent claims a pharmaceutical composition comprising a CML inhibiting amount of bosutinib.  Both patents claim priority to provisional application No. 60/517,819, filed on November 6, 2003.

In challenging the validity of the '148 and '625 patents, defendants rely, *inter alia*, on art published during the period November 2002-January 2003, *i.e.*, less than one year before the November 6, 2003 priority date.  Those references qualify as prior art under the applicable version of 35 U.S.C. § 102(a) only if they pre-dated the patentee's invention.

At trial, Pfizer expects to demonstrate through the testimony of individuals who worked on the bosutinib development project that (1) the inventors conceived the inventions claimed in the '148 and '625 patents prior to the publication of the art that defendants rely on under § 102(a); and (ii) beginning before the publication of that art and continuing until constructive reduction to practice of the inventions of the '148 and '625 patents on November 6, 2003, Pfizer diligently worked towards reduction to practice of its claimed inventions.  The effort conducted by Pfizer during the period in question included synthetic chemistry and process development, formulation development and toxicology testing.  Evidently, based on his experience as a research scientist at three pharmaceutical companies, Dr. Lindsley plans to testify that he has

---

[1]    Pfizer will not be calling an expert witness at trial to opine on the issue of diligent reduction to practice.

concluded that Pfizer's work on bosutinib during the time in question did not in his view qualify as diligence.[2]

## II.   ARGUMENT

Motions to preclude evidence are committed to the discretion of the Court which serves as a gatekeeper to ensure that evidence is relevant and reliable.  See *Pineda v. Ford Motor Co.*, 520 F.3d 237, 243 (3d Cir. 2008).  Whether expert testimony is admissible is a question of law governed by Fed. R. Evid. 702.  *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589-90 (1993).  Expert testimony is admissible under Rule 702 only if the expert's "scientific, technical or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue."  Fed. R. Evid. 702(a).

According to the Federal Circuit:

> The diligence requirement implements the principle that, to antedate a reference, the applicant must not only have conceived the invention before the reference date, but must have reasonably continued activity to reduce the invention to practice.

*ATI Tech. ULC v. Iancu*, 920 F.3d 1362, 1369 (Fed. Cir. 2019).  The court explained that the "principles underlying the law of diligence have long been recognized":

> No general standard, by which diligence can be estimated, has been established by the law, nor, in the nature of things, is such a standard possible.  It must be reasonable, under all the circumstances of the particular case in question.  The character of the invention; the health, the means, the liberty of the inventor; his occupation upon kindred or subordinate inventions, – are proper subjects for consideration.  Such reasonable diligence does not involve uninterrupted effort nor the concentration of his entire energies upon this such enterprise.

---

[2]     Pfizer is not challenging on *Daubert* grounds testimony by Dr. Lindsley on § 112 issues.

*Id*. at 1374.  "Whether a patent antedates a reference is a question of law based on subsidiary findings of fact."  *Perfect Surgical Techniques, Inc. v. Olympus Am., Inc.*, 841 F.3d 1004, 1008 (Fed. Cir. 2016).

Here, in opposing Pfizer's effort to establish an invention date earlier than the late 2002 and early 2003 art that defendants are relying on, defendants plan to offer the testimony of Dr. Lindsley, who received a Ph.D. in chemistry from the University of California, Santa Barbara, in 1996, and has been a professor of pharmacology at Vanderbilt University since 2010.  (Lindsley CV, Exhibit A hereto).  Previously, Dr. Lindsley worked as a medicinal chemist at Merck Research Laboratories, Eli Lilly & Co. and Parke-Davis Pharmaceuticals.  (*Id*.)  Dr. Lindsley's expert report states that based on his time at those companies, he "understand[s] how timing and execution of invention disclosures and patent filings are handled in the pharmaceutical industry." (Lindsley Opening Rep., Ex. B hereto at ¶¶ 8-11).  Dr. Lindsley asserts that having purportedly "reviewed the evidence that Plaintiffs cite in support of their assertion of diligence," he is prepared to opine "that the named inventors did not diligently work to reduce the invention to practice between either November 16, 2002, and November 6, 2003 or January 15, 2003 and November 6, 2003."  (Lindsley Opening Rep., Ex. B at ¶¶ 76-82).

In accordance with *Daubert*, the Court should bar Dr. Lindsley's testimony on the diligence issue because his assessment of the facts, his discussion of industry timelines and his conclusory determination that there was a lack of diligence on Pfizer's part will not "help the trier of fact to understand the evidence or to determine a fact in issue."  Fed. R. Evid. 702(a). The Court is to make the diligence determination here based on the factual record and the applicable standard articulated by the case law.  Dr. Lindsley sheds no light on what would make him – or anyone for that matter – a "diligence" expert and he does not explain how his personal

evaluation of Pfizer's effort would be of any relevance to the Court.  Not surprisingly, at his deposition, Dr. Lindsley acknowledged that he has not studied, taught or published on diligence in reduction to practice.  (Lindsley Dep. Tr., Ex. C hereto at 86-87).

In sum, this Court is fully capable of hearing the testimony of those who participated in developing bosutinib, reviewing the underlying documents and determining whether Pfizer engaged in "reasonably continuous diligence," *Perfect Surgical Techniques*, 841 F.3d at 1009, during the period in question.  Opinion testimony by Dr. Lindsley regarding how the Court should decide the issue would be improper.

## III.    <u>CONCLUSION</u>

Based on the foregoing, Plaintiffs respectfully request that the Court preclude Dr. Lindsley from providing expert opinion testimony on the issue of diligence in reduction to practice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Aaron Stiefel
Daniel P. DiNapoli
Stephanie Piper
Andrew Bledsoe
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

Soumitra Deka
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
San Francisco, CA 94111-4024
(415) 471-3100

*Attorneys for Plaintiffs*

August 30, 2019

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, I hereby certify that the subject of the foregoing motion has been discussed with counsel for Defendants and that the parties have been unable to reach agreement.


*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)

# EXHIBIT A

# Dr. Craig W. Lindsley

**Home Address:**



**Laboratory Address:**
Department of Pharmacology
MRBIV (Langford), 12415D
Vanderbilt Medical Center
Nashville, TN 37232-6600

**E-mail:** craig.lindsley@vanderbilt.edu; phone (office): 615-322-8700
**Web site:** www.lindsleylab.com
**Citizenship:** US
**Marital status:** ████████████████████████████

**Education:**

| | |
|---|---|
| 1997 – 1999 | Postdoctoral Fellow, Harvard University, Cambridge, MA |
| 1992 - 1996 | Ph.D., University of California, Santa Barbara, Santa Barbara, CA |
| 1988 - 1992 | B.S., Chemistry, California State University, Chico, Chico, CA |

**Academic Appointments and Research Experience:**

01/2011-present    **Professor of Pharmacology (*with tenure*), Professor of Chemistry; Co-Director, Vanderbilt Center for Neuroscience Drug Discovery; Director of Medicinal Chemistry, Vanderbilt Center for Neuroscience Drug Discovery (formerly Vanderbilt Program in Drug Discovery); Director of Drug Discovery, Human Chemical Sciences Institute (Scripps-Vanderbilt); PI, Vanderbilt MLPCN Specialized Chemistry Center; Editor-in-Chief, *ACS Chemical Neuroscience***
*Member, Vanderbilt Institute of Chemical Biology*
Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

04/2010-present    **Professor of Pharmacology (*with tenure*), Professor of Chemistry; Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery; PI, Vanderbilt MLPCN Specialized Chemistry Center; Editor-in-Chief, *ACS Chemical Neuroscience***
*Member, Vanderbilt Institute of Chemical Biology*
Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

05/08-04/2010    **Associate Professor of Pharmacology (*with tenure*), Associate Professor of Chemistry; Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery; PI, Vanderbilt MLPCN Specialized Chemistry Center; Co-Director, VICB Synthesis Facility, Editor-in-Chief, *ACS Chemical Neuroscience***
*Member, Vanderbilt Institute of Chemical Biology*
Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

09/06 – 05/08    **Associate Professor of Pharmacology, Associate Professor of Chemistry;**

*Dr. Craig W. Lindsley*

**Director of Medicinal Chemistry, Vanderbilt Program in Drug Discovery;
Director, Vanderbilt MLSCN Chemistry Molecular Probe Center;
Co-Director, VICB Synthesis Facility**
*Member, Vanderbilt Institute of Chemical Biology*
Vanderbilt University School of Medicine, Vanderbilt University
(*Medicinal Chemistry, Drug Discovery, Total Synthesis, Chemical Biology*)

07/05-09/06    **Senior Research Fellow/Group Leader
(Medicinal Chemistry Department)**
Merck Research Laboratories, Merck & Co., West Point, PA
Supervise a group of 19 Ph.D. and B.S./M.S. scientists
(*Neuroscience, Antiviral, Cardiovascular, Cancer, Small Molecule PPIs*)

08/02-07/05    **Research Fellow/Group Leader
(Medicinal Chemistry Department)**
Merck Research Laboratories, Merck & Co., West Point, PA
(*Cancer, Neuroscience,Antiviral*)

06/01-08/02    **Senior Research Chemist/Group Leader
(Medicinal Chemistry Department)**
Merck Research Laboratories, Merck & Co., West Point, PA
(*Cancer, Neuroscience, Antiviral*)

05/00-6/01     **Senior Organic Chemist (Chemistry Research Technologies)**
Eli Lilly & Co., Indianapolis, IN
*Lead Discovery (H3 antagonists, MC4 agonists)*

04/99-05/00    **Senior Scientist (Medicinal Chemistry)**
Parke-Davis Pharmaceuticals, Ann Arbor, MI
*Anti-Viral (HIV), Anti-Bacterial, SERM and Rasta resin research.*

05/97-04/99    **Postdoctoral Research with Professor Matthew D. Shair**
Harvard Institute of Chemistry and Cell Biology (ICCB)/Department of
Chemistry & Chemical Biology; Harvard University, Cambridge, MA
*Biomimetic Solid Phase Synthesis of Benzoxanthenone Unnatural Products
Novel Organometallic and Solid Phase Methodologies.*

06/92-11/96    **Graduate Research with Professor Bruce Lipshutz,**
University of California, Santa Barbara, Santa Barbara, CA
*Organometallic Methodology, Novel Bi-Directional Polyene Linchpins for
All-E Polyene Synthesis, Development of New Protecting Groups.*

06/91-05/92    **Undergraduate Research with Professor David Ball,**
California State University, Chico, Chico, CA
*Progress Towards the Total Synthesis of Borrellidin.*

Summer 1991    **NSF Summer Undergraduate Research Fellowship with Professor
Phillip Cruz**
University of California, Santa Cruz, Santa Cruz, CA

*Dr. Craig W. Lindsley*

*Isolation, Purification and Characterization of Secondary Sponge Metabolites.*

## Teaching Experience

| | |
|---|---|
| Fall 2006 – present | **Professor of Pharmacology & Chemistry**<br>Vanderbilt University Medical Center/Vanderbilt University<br>Pharm 327 *Modern Drug Discovery*<br>Chem 324 *Heterocyclic Chemistry*<br>IGP 300B: *Small Molecule Design for Biologists* |
| Fall 2004 | **Adjunct Faculty**<br>Villanova University<br>Chem 398 *Graduate Course on Medicinal/Combinatorial Chemistry* |
| 2000-2001 | **Part-time Instructor/Lecturer**<br>Indiana University/Purdue University at Indianapolis (IUPUI)<br>*General and Organic Chemistry lectures and laboratory* |
| 1992-1996 | **Graduate Teaching Assistant**<br>University of California, Santa Barbara<br>*Organic Laboratory, Honors Organic lab, NMR lab* |

## Professional Organizations:

- American Chemical Society (1991-present)
- American Society of Pharmacology and Experimental Therapeutics (2009-present)

## Professional Activities:

### Intramural:

Thesis Committees:

| | | |
|---|---|---|
| J. Phillip Kennedy | Chemistry | 2007-2010, Chair |
| R. Nathan Daniels | Chemistry | 2007-2010, Chair |
| Sameer Sharma | Chemical & Physical Biology | 2007-2009, Member |
| Leslie Aldrich | Chemistry | 2008-present, Chair |
| Olgubeminiyi Fadeyi | Chemistry | 2008-present, Chair |
| Michael Schulte | Chemistry | 2009-present, Chair |
| Gordon Lemmon | Chemical & Physical Biology | 2008-present, Chair |
| Paige Selvey | Pharmacology | 2007-present, Chair |
| Sydney Stoops | Pharmacology | 2008-present, Member |
| Nicole Miller | Pharmacology | 2008-2010, Member |
| Jonathan Hemphill | Chemistry | 2008-present, Member |
| Sean Deguire | Chemistry | 2008-present, Member |
| Evan Lebois | Pharmacology | 2008-2010, Member |
| Thomas Bridges | Pharmacology | 2007-2010, Member |
| Steve Townsend | Chemistry | 2007-present, Member |
| Robert Lavieri | Pharmacology | 2007-present, Member |
| Uyen Le | Chemical & Physical Biology | 2009-present, Member |
| John Brogan | Chemical & Physical Biology | 2009-present, Member |
| Matthew O'Reilly | Chemistry | 2010-present, Chair |
| Kris Hahn | Chemistry | 2010-present, Chair |

*Dr. Craig W. Lindsley*

| Tim Senter | Chemistry | 2010-present, Chair |
|------------|-----------|---------------------|
| Josh Bruner | Chemistry | 2011-present, Chair |

**Extramural:**

NIH, grant reviewer and/or ad hoc on 8 NIH panels including Synthetic Chemistry and Biology A. Standing member of NIH Drug Discovery Review Panel.

Reviewer for: *Organic Letters, Journal of Organic Chemistry, Journal of Medicinal Chemistry, Journal of the American Chemical Society, Bioorganic and Medicinal Chemistry Letters* and *Current Topics in Medicinal Chemistry*

Medicinal Chemistry Consultant for: Amgen, Abbott, Eisai, Michael J Fox Foundation

Co-Chair, Chemistry Coordination Committee, MLPCN (2007-present)

**Editorial Positions:**

- Editor-in-Chief, *ACS Chemical Neuroscience* – 2009-onward

- Associate Editor, *Current Topics in Medicinal Chemistry* – 2007-2009.

- Editorial Advisory Boards: *Journal of Combinatorial Chemistry*, *Current Topics in Medicinal Chemistry*, *International Journal of High-Throughput Screening, International Journal of Drug Design & Discovery.*

- Guest Editor, *Curr. Top. Med. Chem.*, issue on Small Molecule Protein-Protein Inhibitors (2006/2007)

- Guest Editor, *Curr. Top. Med. Chem.*, issue on Metabotropic Glutamate Receptors (2004/2005)

**Review Positions, Advisory Boards and Honors:**

- Vanderbilt Leadership of a Multi-Investigator Team Award for Two or More Faculty Working Collaboratively or in a Multidisciplinary Manner to Address Important Biological Processes and/or Diseases, 2011.

- 'Most Cited Article 2003-2010' *Bioorg. Med. Chem. Lett.* (ref. 26)

- Top 50 'Most Cited Articles 2003-2010' *Bioorg. Med. Chem. Lett.* (ref. 40)

- Invited Instructor, Drew University Medicinal Chemistry Short Course, 2010-onward

- ASPET-Astellas Award for Translational Pharmacology, 2010

- Organizer, Keystone Symposia on 'Early Stage Drug Discovery', 2011.

- Faculty of 1000 Biology

- Thomson Reuters *Essential Science Indicators*[SM] Hot New Paper, Most Cited in Field of Pharmacology 2008/2009 (Review ref. 28)

- 6th Most Accessed and Downloaded Manuscript in 2009, *ChemMedChem* (ref. 70)

- Co-Chair, Allosteric Modulator Session (MEDI), ACS 238th National Meeting 2009.

- Most Read and Cited Article 2008, *Journal of Combinatorial Chemistry* (Review ref. 23)

- Most Read and Cited Article 2008, *ACS Chemical Biology* (Review ref. 27)

- Abbott - medicinal chemistry consultant, 2010-onward

*Dr. Craig W. Lindsley*

- Eisai - medicinal chemistry consultant, 2008-onward

- Amgen – medicinal chemistry consultant, 2007-onward

- Reuter's – medicinal chemistry consultant, 2007-onward

- Most Cited Paper 2005-2008 Award, *Bioorg. Med. Chem. Lett.* (reference 27).

- Assessor – Michael J. Fox Foundation for Parkinson's Research, 2006-onward

- Scientific Advisory Board Member.   NIH Chemical Genomics Center, 2004-onward

- NIH SEP Pilot Library Grant Review Committee – 2005-2007

- Innovator/key contributer to six MERCK preclinical candidates: **MK-7816** (insomnia), **MK-2637** (schizophrenia), **MK-1832** (atrial fibrillation), **MK-6673** (oncology), **MK-2206** (oncology) and [$^{18}$F]**MK-6577** (schizophrenia tracer).

- Early Development Team (EDT) Chemistry Representative MK-2637

- Merck Research Labs (MRL) Chemistry Representative: Schizophrenia and Neuroscience Target Area Group (TAGs)

- Most Cited Paper 2003-2006 Award, *Bioorg. Med. Chem. Lett.* (reference 26).

- 3rd most downloaded and 2nd most cited manuscript in 2005, *Bioorg. Med.Chem.Lett.* (reference 26)

- Top 25 most downloaded manuscripts in 2005, *Bioorg. Med.Chem.Lett.* (reference 27)

- Merck Research Labs (MRL) Quarterly Stock Grant Award: 1Q2005, 4Q2005, 1Q2006 (2)

- LHS Alumni Hall of Honor Inductee, 2005

- TES lead optimization paradigm featured in Genetic Engineering News, Vol. 25(14), 2005

- Aldrich commercialized our Rasta resins utilizing our MAOS protocol – 2005

- Our MAOS research featured in C&E NEWS, Vol. 82 (50), Exclusive Online – 2004

- Advisory Board Member. World Pharmaceutical Congress -  'Hit-to-Lead: Streamlining Lead Generation to Enhance Downstream Success' Conference, 2004

- Merck Award for Excellence, Merck Research Laboratories, 2002, 2005, 2006 (3)

- 'Change the World' Award, Eli Lilly & Co., 2001

- Parke-Davis/University of Michigan Mentor/Instructor, 1999-2000

- Harvard Institute of Chemistry and Cell Biology Postdoctoral Fellowship Recipient, 1997-1999

- Robert H. DeWolfe Award for Excellence in Undergraduate Instruction, UCSB, 1995-1996

- Outstanding Graduating Senior in Chemistry, CSUC, 1992

- American Institute of Chemists Award for Outstanding Senior in Chemistry, CSUC, 1992

- President, Student Affiliates of the American Chemical Society, CSUC chapter, 1991-1992

- NSF Summer Undergraduate Research Fellowship Recipient, 1991


**STUDENTS SUPERVISED:**
Over 20 rotation students (Pharmacology, Chemistry and CPB)

J. Phillip Kennedy  - Chemistry Graduate Student (2006-2010); currently postdoc in Fesik lab
R. Nathan Daniels  - Chemistry Graduate Student (2006-2010); currently postdoc in Fesik lab
Olgubeminiyi Fadeyi - Chemistry Graduate Student

*Dr. Craig W. Lindsley*

Michael Schulte  - Chemistry Graduate Student
Leslie Aldrich - Chemistry Graduate Student
Syndey Stoops  - Pharmacology Graduate Student
Thomas Bridges  - Pharmacology Graduate Student (2006-2010); currently postdoc in Daniels lab
Evan Lebois  - Pharmacology Graduate Student (2008-2010); currently in Emory Ph.D. program
Robert Lavieri - Pharmacology Graduate Student
Sameer Sharma – CPB Graduate Student (2007-2009); currently in VU MBA Program
Uyen Le – Chemical and Physical Biology Graduate Student
John Brogan - Chemical and Physical Biology Graduate Student
Patirck Gentry - Chemical and Physical Biology Graduate Student
Tim Senter  - Chemistry Graduate Student
Kris Hahn - Chemistry Graduate Student

Supervised over 12 Vanderbilt Chemistry Undergraduate Researchers

**POSTDOCTORAL FELLOWS SUPERVISED:**
Jana Lewis (2007-2009); currently Sr. Scientist at Living Proof, Inc.
Jason Buck (2007-2008); currently postdoc in VU Imaging Center
Ya Zhou (2007-2009); currently staff scientist in VCNDD
Dustin Haddenham (2010- 2011); currently, Scientists at Boehringer-Ingelheim (Process Chemistry)
Chris Tarr (2010- )
Steven Townsend (2010-)
Margie Mattmann (2011- )

**VPDD/MLPCN STAFF SCIENTISTS SUPERVISED:**  10 Ph.D.s, 18 B.S./M.S.

**MERCK:** Supervised a group of 20 Medicinal Chemists (4 Ph.D.s, 16 B.S./M.S.)

## Funding (Grants):
### Active
- VU Therapeutic Discovery Grant 'mGluR4 PAMs for Parkinson's Disease' ($4.5 million), co-PI, 01/01/2007-02/28/2010, 0% effort.
- Michael J. Fox Foundation LEAPS Award 'mGluR4 PAMs for PD' ($4.4 million), co-PI, 01/01/2008 -12/31/2011, 10% effort.
- 1RO1MH082867-01 'Sel. M1 mAChR Allost. Mod. for Schizophrenia' ($1.12 million), PI, 05/20/2008-04/30/2013, 18% effort.
- 1RO1DA023947-01 'Partial Antag. of mGluR5 for the Treatment of Cocaine Addiction ($1.36 million), PI, 06/01/2008-05/31/2013, 20% effort.
- 1U54MH084659-01 'Vanderbilt Spec. Chem. Center for Accel. Probe Dev.' ($25.9 million), PI, 09/01/2008-05/31/2014, 25% effort.
- 1U01MH087965-01 'Vanderbilt NCDDDG for Discovery of Novel Treatments for Schizophrenia' ($11.3 million), co-PI, 12/01/2009-11/30/2014, 15% effort.
- 1U54MH084659-S01 'Design and synthesis of libraries of small molecule protein-protein inhibitors' ($1 million), PI, 06/01/2010 – 05/31/2012, no effort.
- 1U54MH084659-S02 'DMPK Profiling and Optimization of MLPCN Probes'($1 million), PI, 06/01/2010 – 05/31/2012, no effort.
- McDonnell Foundation, VUMC220020246 'PLD Inhibitors for the Treatment of Cancer'($150K), co-PI, 08/01/2010 – 07/31/2011, no effort.

## Funding (Corporate Partnerships):
- VUMC33842, Seaside Therapeutics 'mGluR5 Partial Antagonists for the Treatment of FXS' ($4.5 million), co-PI, 12/01/2007-6/31/2011, 1% effort.
- VUMC34998, Johnson & Johnson 'mGluR5 Positive Allosteric Modulators for Schizophrenia' ($11 million), co-PI, 12/01/2008-12/31/2011, 1% effort.

*Dr. Craig W. Lindsley*

- VUMC36176, Seaside Therapeutics 'M1 Antagonists for the Treatment of FXS' ($5.0 million), co-PI, 01/01/2010-12/31/2012, 1% effort.

## Completed

- Alzheimer Association IIRG-07-57131 'Novel Muscarinic Therapeutics for AD' ($239 K), PI.
- VICB Pilot Project Grant 'M1 PAMs for Alzheimer's Disease' ($45K), PI
- VICB Pilot Project Grant 'GLP-1 PAMs for Diabetes' ($45K), co-PI
- ACS-IRG 'Allosteric Akt and PDK1 inhibitors' ($20K), PI
- 3U54 MH074427-02S1, NIH/MLSCN Chemistry Core Supplement ($500K), PI
- Vanderbilt UCDPG Infrastructure Grant 'Preparative Chiral HPLC' ($174,600), co-PI

## Bilbiometrics (based on Web of Knowledge Database)

- Total citations (1994-2010): 2,874
- Average citations per manuscript: 15.3; Average citations per year: 159.7
- h-index: 29

## Publications:

### In Preparation

14. Noetzel, M.J.; Rook, J.M.; Vinson, P.N.; Cho, K.P.; Days, E.; Zhou, Y.; Rodriguez, A.L.; Lavreysen, H.; Stauffer, S.R.; Niswender, C.M.; Xiang, Z.; Daniels, J.S.; Lindsley, C.W.; Weaver, C.D.; Conn, P.J. 'Positive allosteric modulators of the metabotropic glutamate receptor subtype 5 have in vivo activity independent of their pharmacological classification' *Mol. Pharm., in preparation.*

13. Digby, G.J.; Walker, A.G.; LeBois, E.P.; Utley, T.J.; Xiang, Z.; Miller, N.R.; Plumley, H.C.; Davis, A.A.; Morrison, R.; Daniels, S.; Lindsley, C.W.; Conn, P.J. 'Discovery and characterization of VU0364572, A CNS-penetrant M1-selectiver partial agonist that increases activity in medium spiny neurons and hippocampus' *Nat. Chem. Bio., in preparation.*

12. Selvy, P.E.; Lindsley, C.W.; Bornhop, D.A.; Brown, H.A. 'Novel bimodal mechanism of small molecule inhibition of lipid signaling' *Nature, in preparation.*

11. O'Reilly, M.C.; Lindsley, C.W. 'Enantioselective synthesis of protected morpholines' *Org. Lett., in preparation*

10. Schulte, M.L.; Fadeyi, O.O.; Lindsley, C.W. 'Highly diasteroselective and general synthesis of primary β-fluoroamines' *Org. Lett., in preparation.*

9. Selvy, P.E.; Lavieri, R.; Lindsley, C.W.; Brown, H.A. 'Phospholipase D: enzymology, signaling, and chemical modulation. *Chem. Rev., in preparation (invited).*

8. Schulte, M.L.; Lindsley, C.W. 'Tropane-based alkloaids as muscarinic antagonists for the treatment of asthma, obstructive pulmonary disease and motion sickness' in *Bioactive Heterocyclic Compound Classes: Pharmaceuticals and Agrochemicals*, Dinges, J., Ed., Wiley-VCH Verlag GmbH & Co., Germany, *in preparation.*

7. Lindsley, C.W. and Conn, P.J. 'Allosteric Modulation of GPCRs' *J. Med. Chem., in preparation*

*Dr. Craig W. Lindsley*
*(invited Perspective.)*

6.  Gentry, P.W.; Salovich, J.; Engers, D.; Gogliotti, R.; Cheung, Y-Y.; <u>Lindsley, C.W.</u>; Hopkins, C.R. 'One-step microwave-assisted synthesis of substituted hydantoins from amino acids and isocyanates' *Tetrahedron Lett., in preparation.*

5.  Williams, D.L. Jr; Wolkenberg, S.E.; Zhao, Z.; Wisnoski, D.D.; Leister, W.H.; O'Brien, J.A.; Lemaire, W.; Jacobson, M.A.; Kinney, G.G; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Gibson, C.; Ma, B.K.; Polsky-Fisher, S.L.; <u>Lindsley, C.W.</u>; Hartman, G.D; Sur, C. '*In vitro* and *in vivo* pharmacology of 2,4-dichloro-*N*-((1-propylsulfonyl)-4-(pyridine-2-yl)piperidin-4-yl)methyl)                   benzamide, a potent and orally active GlyT1 inhibitor' *J. Pharmacol. Exp. Therapeut., in preparation.*

3.  Brogan, J.T.; <u>Lindsley, C.W.</u> 'Total synthesis of (+)-tryparginine and (+)-5-bromo-tryparginine via Bronsted base catalysis' *Org. Lett., in preparation*.

3.  Fadeyi, O.; <u>Lindsley, C.W.</u> 'Novel Methodology for the Enantioselective Synthesis of Decahydropyrrol[1,2-*a*]azocines, Octahydropyrrolo[1,2-*a*]azepines and Octahydroindolizines' *J. Am. Chem. Soc., in preparation.*

2.  Kane, A.S.; Williams, R.; <u>Lindsley, C.W.</u>; Conn, P.J.; Jones, C.K. 'Glycine transporter 1 inhibitor ACPPB facilitates extinction of conditioned fear responses in preclinical model of PTSD' *Proc. Natl. Acad. Sci. USA, in preparation.*

1.  Kane, A.S.; Bubser, M.; Bridges, T.M.; Kennedy, J.P.; Deutch, A.Y.; <u>Lindsley, C.W.</u>; Conn, P.J.; Jones C.K. 'Modulation of monoamine turnover and antipsychotic-like activity in rats using novel selective allosteric activator of the $M_4$ muscarinic acetylcholine receptor' *J. Neurosci., in preparation*.


**<u>In Press/submitted</u>**

13. Robichaud, A.J.; Engers, D.W.; <u>Lindsley, C.W.</u>; Hopkins, C.R. 'Recent Progress on the Identification of Metabotropic Glutamate 4 Receptor Ligands and Their Potential Utility as CNS Therapeutics' *ACS Chem. Neurosci., submitted.*

12. Jones, C.K.; Engers, D.W.; Thompson, A.D.; Field, J.R.; Blobaum, A.L.; Lindsley, S.R.; Zhou, Y.; Gogliotti, R.D.; Jadhav, S.; Zamorano, R.; Daniels, J.S.; Morrison, R.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>; Niswender, C.M.; Hopkins, C.R. 'Discovery, Synthesis, SAR Development of a Series of *N*-4-(2,5-dioxopyrrolidin-1-yl)-phenylpicolinamides: Characterization of VU0195 (ML182) as a Centrally Active Positive Allosteric Modulator of Metabotropic Glutamate Receptor 4 (mGlu$_4$) with Oral Efficacy in an anti-Parkinsonian Animal Model' *J. Med. Chem., submitted.*

11. Xu, J.; Zhu, Y.; Kraniotis, S.; Stauffer, S.R.; <u>Lindsley, C.W.</u>; Conn, P.J.; Contractor, A. 'Potentiating mGluR5 function with a positive allosteric modulator enhances adaptive learning' *J. Neurosci., submitted.*

10. Conrad, K.L.; Davis, A.R.; Silberman, Y.; Sheffler, D.; Shields, A.D.; Saleh, S.; Matthies, H.J.G.; Conn, P.J.; Lindsley, C.W.; Winder, D.G. 'Orexin mediates yohimbine actions in the BNST and impaired extinction of cocaine place preference through a norepinephrine-independent process' *Biol. Psychiatry, submitted.*

9.  Mattman, M.E.; Stoops, S.L.; <u>Lindsley, C.W.</u> 'Update on Akt inhibitors: a patent overview' *Exp. Opin. Ther. Patent, submitted.*

8.  Thomsen, M.; <u>Lindsley, C.W.</u>; Conn, P.J.; Wessell, J.; Fulton, B.S.; Wess, J.; Caine, S.B. 'Evidence

    of contribution of both $M_1$ and $M_4$ receptors to muscarinic agonist attenuation of cocaine's discriminative stimulus' *Psychopharmacology, submitted.*

*Dr. Craig W. Lindsley*

7.  Speedy, N.; Saunders, C.; Davis, A.R.; Owens, W.A.; Matthies, H.J.G.; Saadat, S.; Kennedy, J.P.; Vaughan, R.A.; Neve, R.; <u>Lindsley, C.W.</u>; Russo, S.J.; Daws, L.C.; Niswender, K.; Galli, A. 'Impaired Striatal Akt Signaling Disrupts Dopamine Homeostasis and Increases Caloric Intake' *PLoS Biology, submitted.*

6.  Wang, H-R.; Wu, M.; Yu, H.; Long, S.; Stevens, A.; Engers, D.W.; Sakin, H.; Daniels, J.S.; Dawson, E.S.; Hopkins, C.R.; <u>Lindsley, C.W.</u>; Li, M.; McManus, O.B. 'Selective inhibition of the $K_{ir}2$ family of inward rectifier potassium channels by a small molecule probe: the discovery, SAR and pharmacological characterization of ML133' *ACS Chem. Bio., submitted.*

5.  Stoops, S.L.; Pearson, S.A.; Weaver, C.; Waterson, A.G.; Days, E.; Farmer, C.; Brady, S.; Weaver, C.D.; Beauchamp, R.D.; <u>Lindsley, C.W.</u> 'Identification and optimization of small molecules that restore E-cadherin expression and reduce invasion in colorectal cells' *ACS Chem. Bio., WEB ASAP.*

4.  Norton, L.J.; Zhang, Q.; Saquib, K.M.; Schrewe, H.; Anderson, K.E.; <u>Lindsley, C.</u>; Brown, A.; Rudge, S.A.; Wakelam, M.J.O. 'PLD1, rather than PLD2, regulates phorbol ester-, adhesion dependent-, and Fcγ receptor- stimulated reactive oxygen species production in neutrophils' *J. Cell Sci., in press.*

3.  Cipriano, R.; Graham, J.; Miskimen, K.; Bruntz, R.C.; <u>Lindsley, C.W.</u>; Scott, S.A.; Brown, H.A.; Stark, G.R.; Jackson, M.W. 'Discovery of a novel family of oncogenes using a validation-based forward genetic stragety' *Nature Med., in press.*

2.  Mueller, R.; Dawson, E.S.; Niswender, C.M.; Mariusz, B.; Weaver, C.D.; <u>Lindsley, C.W.</u>; Conn, P.J.; Meiler, J. 'Virtual high-throughput screening as a robust tool to identify metabotropic glutamate receptor subtype 4 potentiators' *ACS Chem. Neurosci., submitted.*

1.  <u>Lindsley, C.W.</u>; Bates, B.S.; Menon, U.N.; Jadhav, S.B.; Kane, A.S.; Jones, C.K.; Conn, P.J.; Olsen, C.M.; Winder, D.G.; Emmitte, K.A. '(3-Cyano-5-fluorophenyl)biaryl non-competitive antagonists of $mGlu_5$: Discovery of a new tool compound with activity in mouse models of anxiety and addiction' *ACS Chem. Neurosci., WEB ASAP.*

## Primary Literature

131. Lamb, J.A.; Engers, D.W.; Niswender, C.M.; Venable, D.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Discovery of molecular switches within the ADX-47273 $mGlu_5$ PAM scaffold that modulate modes of pharmacology to afford potent $mGlu_5$ NAMs, PAMs, and partial antagonists' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 2711-2714.

130. Reid, P.R.; Bridges, T.M.; Sheffler, D.A.; Cho, H.P.; Lewis, L.M.; Days, E.; Daniels, J.S.; Jones, C.K.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>; Wood, M.R. 'Discovery and optimization of a novel, selective and brain penetrant $M_1$ positive allosteric modulator (PAM): the development of ML169, an MLPCN Probe' *Bioorg., Med. Chem. Lett.* **2011**, *21*, 2697-2701.

129. Wolkenberg, S.E.; Zhao, Z.; Thut, C.; Maxwell, J.W.; McDonald, T.P.; Kinose, F.; Reilly, M.; <u>Lindsley, C.W.</u>; Hartman, G.D. 'Design, synthesis and evaluation of novel 3,6-diaryl-4-aminoalkoxyquinolines as selective agonists of somatostatin receptor subtype 2' *J. Med. Chem.* **2011**, 54, 2351-2358.

128. Cheung, Y.Y.; Zamorano, R.; Blobaum, A.L.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>; Niswender, C.M.; Hopkins, C.R. 'Solution-phase parallel synthesis and SAR of homopiperazinyl analogs as positive allosteric modulators of $mGlu_4$' *ACS Combi. Sci.* **2011**, *13*, 159-165.

127. Williams, R.; Manka, J.T.; Rodriguez, A.L.; Vinson, P.N.; Niswender, C.M.; Weaver, C.D.; Jones, C.K.; Conn, P.J.; <u>Lindsley, C.W.</u>; Stauffer, S.R. 'Synthesis and SAR of centrally active $mGlu_5$

*Dr. Craig W. Lindsley*

positive allosteric modulators based on an aryl acetylenic bicyclic lactam scaffold' *Bioorg. Med. Chem. Lett.* **2011**, *21*, 1350-1353.

126. Engers, D.W.; Field, J.R.; Le, U.; Zhou, S.; Bolinger, J.D.; Zamorano, R.; Blobaum, A.L.; Jones, C.K.; Jadhav, S.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Discovery, Synthesis, and SAR Development of a Series of *N*-(4-acetamido)-phenylpicolinamides as Positive Allosteric Modulators of Metabotropic Glutamate Receptor 4 (mGlu$_4$) with CNS Exposure in Rats' *J. Med. Chem.* **2011**, *54*, 1106-1110.

125. Hamill, T.G.; Eng, W.; Jennings, A.S.R.; Lewis, R.T.; Thomas, S.; Wood, S.; Street, L.J.; Wisnoski, D.D.; Wolkenberg, S.W.; Lindsley, C.W.; Sanabria-Bohorquez, S.M.; Patel, S.; Ryan, C.; Cook, J.; Sur, C.; Burns, H.D.; Hargreaves, R. 'The synthesis and preclinical evaluation in rhesus monkey of [$^{18}$F]MK-6577 and [$^{11}$C]CMPyPB, glycine transporter 1 (GlyT1) PET radiotracers' *Synapse* **2011**, *65*, 261-270.

124. Dunaway, C.M.; Hwang, Y.; Lindsley, C.W.; Cook, R.S.; Wu, J.Y.; Boothby, M.; Chen, J.; Brantley-Sieders, D.M. 'Cooperative signaling between Slit2 and Ephrin-A1 regulates a balance between angiogenesis and angiostasis' *Mol. Cell Bio.* **2011**, *31*, 404-416.

123. Kang, D.W.; Park, M.H.; Lindsley, C.; Brown, H.A.; Min, D.S. 'Autoregulation of phospholipase D activity is coupled to selective induction of phospholipase D1 expression to promote invasion of breast cancer cells' *Int. J. Cancer,* **2011**, *128*, 805-816.

122. Bhave, G.; Chauder, B.A.; Liu, W.; Dawson, E.S.; Kadakia, R.; Nguyen, T.T.; Lewis, L.M.; Meiler, J.; Weaver, C.D.; Satlin, L.M.; Lindsley, C.W.; Denton, J.S. 'Development of a selective small-molecule inhibitor of Kir$_{1.1}$, the renal outer meduallary potassium channel' *Mol. Pharm* **2011**, *79*, 42-50.

121. Rodriguez, A.L.; Grier, M.D.; Jones, C.K.; Herman, E.J.; Kane, A.S.; Smith, R.L.; Williams, R.; Zhou, Y.; Marlo, J.E.; Days, E.L.; Blatt, T.N.; Jadhav, S.; Menon, U.; Vinson, P.N.; Rook, J.M.; Stauffer, S.R.; Niswender, C.M.; Lindsley, C.W.; Weaver, C.D.; Conn, P.J. 'Discovery of novel allosteric modulators of metabotropic glutamate receptor subtype 5 reveals chemical and functional diversity and in vivo activity in rat behavioral models of anxiolytic and antipsychotic activity' *Mol. Pharm.* **2010**, *78*, 1105-1123.

120. Zhou, Y.; Manka, J.; Rodriguez, A.L.; Weaver, C.D.; Jones, C.K.; Conn, P.J.; Lindsley, C.W.; Stauffer, S.R. '*N*-Aryl piperazines as selective mGlu$_5$ potentiators with improved physiochemical properties and efficacy in a rodent model predictive of antipsychotic activity' *ACS Med. Chem. Lett.* **2010**, *1*, 433-438.

119. Hammond, A.S.; Rodriguez, A.L.; Niswender, C.M.; Lindsley, C.W.; Conn, P.J. 'Discovery of a novel chemical class of allosteric ligands of metaboropic glutamate receptor subtype 5 indicates distinct modes of efficacy as well as a unique interaction with the receptor' *ACS Chem. Neurosci.,* **2010**, *1*, 702-716.

118. Lavieri, R.; Scott, S.A.; Selvy, P.E.; Brown, H.A.; Lindsley, C.W. 'Design, Synthesis and Biological Evaluation of Halogenated *N*-(2-(4-Oxo-1-phenyl-1,3,8-triazasprio[4.5]decan-8-yl)ethylbenzamides: Discovery of an Isoform Selective Small-Molecule Phospholipase D2 (PLD2) Inhibitor' *J. Med. Chem.* **2010**, *53*, 6706-6719.

117. Bridges, T.M.; Kennedy, J.P.; Hopkins, C.R.; Conn, P.J.; Lindsley, C.W. 'Heterobiaryl and heterobiaryl ether derived M$_5$ positive allosteric modualtors' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5617-5622.

*Dr. Craig W. Lindsley*

116. Ansari, M.; Rook, J.; Conn, P.J.; Felts, A.; Lindsley, C.W.; Alagille, D.; Tamagnan, G.; Kessler, R.; Baldwin, R. 'Microwave synthesis of [$^{18}$F]FPEB in a semi-automated synthesis module' *J. Nucl. Med.* **2010**, *51*, 141-142.

115. Robertson, S.D.; Owens, A.W.; Matthies, H.J.G.; Sathananthan, V.; Christianson, N.S.B.; Kennedy, J.P.; Lindsley, C.W.; Daws, L.C.; Galli, A. 'Insulin reveals Akt signaling as a novel regulator of norepinephrine transporter trafficking and norepinephrine homeostasis' *J. Neurosci.* **2010**, *30*, 11305-11316.

114. Davis, A.A.; Heilman, C.J.; Brady, A.E.; Miller, N.R.; Fuerstenau-Sharpo, M.; Hanson, B.J.; Lindsley, C.W.; Conn, P.J.; Lah, J.J.; Levey, A.I. 'Differential effects of allosteric M$_1$ muscarinic acetylcholine receptor agonists on receptor activation, arrestin 3 recruitment, and receptor downregulation' *ACS Chem. Neurosci.* **2010**, *1*, 542-551.

113. Aldrich, L.N.; Stoops, S.L.; Crews, B.C.; Marnett, L.J.; Lindsley, C.W. 'Total synthesis and biological evaluation of tabjamine K and a library of unnatural analogs' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5207-5211.

112. Engers, D.W.; Gentry, P.R.; Williams, R.; Bolinger, D.L.; Weaver, C.D.; Menon, U.N.; Conn, P.J. Lindsley, C.W.; Niswender, C.M.; Hopkins, C.R. 'Synthesis and SAR of novel, 4-(phenylsulfamoyl)phenylacetamide mGluR4 PAMs identified by functional HTS' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 5175-5178.

111. Felts, A.S.; Lindsley, S.R.; Lamb, J.P.; Rodriguez, A.L.; Menon, U.N.; Jadhav, S.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. '3-Cyano-5-fluoro-*N*-arylbenzamides as negative allosteric modulators of mGlu$_5$: Identification of easily prepared tool compounds with CNS exposure in rats' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 4390-4394.

110. Speed, N.R.; Matthies, H.J.G.; Kennedy, J.P.; Vaughan, R.A.; Javitch, J.A.; Russo, S.J.; Lindsley, C.W.; Niswender, K.A.; Galli, A. 'Akt Dependent and Isoform Specific Regulation of the Dopamine Transporter Cell Surface Expression' *ACS Chem. Neurosci.* **2010**, *1*, 476-481.

109. Fadeyi, O.; Schulte, M.; Lindsley, C.W. 'Rapid, general access to chiral *N*-alkyl terminal aziridines via organocatalysis' *Org. Lett.* **2010**, *12*, 3276-3278.

108. Siuta, M.A.; Robertson, S.D.; Kocalis, H.; Saunders, C.; Gresch, P.J.; Khatri, V.;  Chiyo Shiota, C.; Kennedy, J.P.; Lindsley, C.W.; Daws, L.C.; Polley, D.B.; Veenstra-Vanderweele, J.; Stanwood, G.D.; Magnuson, M.A.; Niswender, K.D.; Galli, A. 'Dysregulation of the norepinephrine transporter sustains cortical hypodopaminergia and schizophrenia-like behaviors in neuronal rictor null mice' *PLoS Biology* **2010**, *8*, e1000393.

107. Salovich, J.A.; Lindsley, C.W.; Hopkins, C.R. 'Synthesis of 2,3-diarylsubstituted indazole utilizing a Suzuki cross-coupling/deprotection/*N*-arylation sequence' *Tetrahedron Lett.* **2010**, *51*, 3796-3799.

106. Williams, R.; Zhou, Y.; Niswender, C.M.; Luo, Q.; Conn, P.J.; Lindsley, C.W.; Hopkins, C.R. 'Re-exploration of the PHCCC scaffold: Discovery of improved positive allosteric modulators of mGluR4' *ACS Chem. Neurosci.* **2010**, *1*, 411-419.

105. Smith, B.J.; Qu, T.; Mulder, M.; Lindsley, C.W.; Sulikowski, G.A. 'Synthesis and Bioactivity of (±)-dihydrohaliclonacyclamine A' *Tetrahedron* **2010**, *66*, 4805-4810.

104. Mueller, R.; Rodriguez, A.; Dawson, E.S.; Butkiewicz, M.; Oleskiewicz, S.; Bleckmann, A.; Weaver, C.D.; Lindsley, C.W.; Conn, P.J.; Meiler, J. 'Identification of metabotropic glutamate receptor subtype 5 potentiators using virtual high-throughput screening' *ACS Chem. Neurosci.,* **2010**, *1*, 288-305.

103. Kennedy, J.P.; Lindsley, C.W. 'Progress towards the synthesis of piperazimycin A: synthesis of the

*Dr. Craig W. Lindsley*

non-proteogenic amino acids and elaboration into di- and tri-peptides, including the first piperazic acid-piperazic acid peptide coupling' *Tetrahderon Lett.* **2010**, *51*, 2493-2496.

102. Miller, N.R.; Daniels, R.N.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of *N*-(4-(4-alklylpiperazin-1-yl)phenyl)benzamides as muscarnic acetylcholine subtype 1 (M$_1$) antagonists' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 2174-2177.

101. Bridges, T.M.; Kennedy, J.P.; Cho, H.P.; Conn, P.J.; Lindsley, C.W. 'Chemical optimization of an M$_1$, M$_3$, M$_5$ positive allosteric modulator (PAM) lead. Part II. Development of a highly selective M$_1$ PAM' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 1972-1975.

100. Aldrich, L.A.; Dawson, E.S.; Lindsley, C.W. 'Evaluation of the biosynthetic proposal for the synthesis of Marineosins A and B' *Org. Lett.* **2010**, *12*, 1048-1051.

99. Thomsen, M.; Boon, J.Y.; Fulton, B.; Wess, J.; Fink-Jensen, A.; Conn, P.J.; Lindsley, C.W.; Caine, S.B. 'Attenuation of Cocaine's Reinforcing and Discriminative Stimulus Effects via Muscarinic M$_1$ Acetylcholine Receptor Stimulation' *J. Pharm. & Exp. Ther.* **2010**, *332(3)*, 959-969.

98. Hao, J.; Ho, J.N.; Lewis, J.A.; Karim, K.A.; Daniels, R.N.; Gentry, P.R.; Hopkins, C.R.; Lindsley, C.W.; Hong, C.C. 'In Vivo Structure Activity Relationship (SAR) Study Identifies Dorsomorphin Analogs that Selectively Inhibit VEGF and BMP Signalling' *ACS Chem. Bio.* **2010**, *5*, 245-253.

97. Lebois, E.P.; Bridges, T.M.; Dawson, E.S.; Kennedy, J.p.; Xiang, Z.; Jadhav, S.B.; Yin, H.; Meiler, J.; Jones, C.K.; Conn, P.J.; Weaver, C.D.; Lindsley, C.W. 'Discovery and development of novel subtype-selective M1 allosteric agonists for the investigation of M1 receptor function' *ACS Chemical Neurosci.* **2010**, *1*, 104-121.

96. Bridges, T.M.; Kennedy, J.P.; Cho, H.P.; Conn, P.J.; Lindsley, C.W. 'Chemical optimization of an M$_1$, M$_3$, M$_5$ positive allosteric modulator (PAM) lead. Part I. Development of a highly selective M$_5$ PAM' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 558-562.

95. Yang, F.V.; Shipe, W.D.; Bunda, J.L.; Nolt, M.B.; Wisnoski, D.D.; Zhao, Z.; Barrow, J.C.; Ray, W.J.; Ma, L.; Wittman, M.; Seager, M.; Koeplinger, K.; Hartman, G.D.; Lindsley, C.W. 'Parallel synthesis of *N*-Birayl Quinolone Carboxylic Acids as selective M$_1$ positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2010**, *20*, 531-536.

94. Miller, T.; Forbes, J.; Shah, C.; Wyatt, S.; Manning, C.H.; Olivares, M.; Sanchez, V.; Dugger, T.; Narasanna, A.; Muraoka-Cook, R.; Kennedy, J.P.; Lindsley, C.W.; Artega, C.L. 'Inhibition of mammalian target of rapamycin is required for optimal antitumor effect of HER2 inhibitors against HER2-overexpressing cancer cells' *Clin. Cancer Res.* **2009**, *15*, 7266-7276.

93. Felts, A.S.; Saleh, S.A.; Le, U.; Rodriguez, A.L.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W.; Emmitte, K.A. 'Discovery and SAR of 6-substituted-4-anilinoquinazolines as non-competitive antagonists of mGlu$_5$' *Bioorg. Med. Chem. Lett.* **2009**, *19*, 6623-6626.

92. Lewis, L.M.; Bhave, G.; Chauder, B.A.; Banerjee, S.; Lornsen, K.A.; Fallen, K.; Lindsley, C.W. Weaver, C.D.; Denton, J.S. 'High-throughput screening reveals a small-molecule inhibitor of ROMK and Kir7.1' *Mol. Pharm.* **2009**, *76*, 1094-1103.

91. Kennedy, J.P.; Breininger, M.L.; Lindsley, C.W. 'Total synthesis of Eudistomins Y$_1$-Y$_6$' *Tetrahedron Lett.* **2009**, *50*, 7067-7069.

90. Fadeyi, O.; Lindsley, C.W. 'Total synthesis of brevisamide' *Org. Lett.* **2009**, *11*, 3950-3952.

89. Shirey, J.K.; Brady, A.E.; Jones, P.J.; Davis, A.A.; Bridges, T.M.; Jadhav, S.B.; Menon, U.; Christain, E.P.; Doherty, J.J.; Quirk, M.C.; Snyder, D.H.; Levey, A.I.; Watson, M.L.; Nicolle, M.M.; Lindsley, C.W.; Conn, P.J. 'A selective allosteric potentiator of the M$_1$ muscarinic

*Dr. Craig W. Lindsley*

acetylcholine receptor increases activity of medial prefrontal cortical neurons and can restore impairments of reversal learning' *J. Neurosci.* **2009**, *29*, 14271-14286.

88. Engers, D.W.; Niswender, C.M.; Weaver, C.D.; Jadhav, S.; Menon, U.; Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R. 'Synthesis and Evaluation of a Series of Heterobiaryl Amides that are Centrally Penetrant Metabotropic Glutamate Receptor 4 (mGluR4) Positive Allosteric Modulators (PAMs)' *J. Med. Chem.* **2009**, *52*, 4115-4118.

87. Williams, R.; Johnson, K.A.; Gentry, P.R.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R. 'Synthesis and SAR of a novel positive allosteric modulator (PAM) of the metabotropic glutamate receptor 4 (mGluR4)' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 4967-4970.

86. Zhou, Y.; Rodriguez, A.L.; Williams, R.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Synthesis and SAR of Novel, Non-MPEP Chemotype mGluR5 NAMs Identified by Functional HTS' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 6502-6506.

85. Fadeyi, O.; Daniels, R.N.; DeGuire, S.; <u>Lindsley, C.W.</u> 'Total synthesis of Polemannone B and C' *Tetrahedron Lett.* **2009**, *50*, 3084-3087.

83. Bridges, T.M.; Marlo, J.E.; Niswender, C.M.; Jones, J.K.; Jadhav, S.B.; Gentry, P.R.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Discovery of the first highly M5-preferring muscarinic acetylcholine receptor ligand, an M5 positive allosteric modulator derived from a series of 5-trifluoromethoxy *N*-benzyl isatins' *J. Med. Chem.* **2009**, *52*, 3445-3448.

82. Kennedy, J.P.; Conn, P.J.; <u>Lindsley, C.W.</u> 'A novel class of $H_3$ antagonists derived from the natural product guided synthesis of unnatural analogs of the marine bromopyrrole alkaloid dispyrin' *Bioorg. Med. Chem. Lett.* **2009**, *19*, 3304-3307.

81. Ma, L.; Seager, M.; Wittman, M.; Bickel, N.; Burno, M.; Jones, K.; Graufelds, V.K.; Xu, G.; Pearson, M.; McCampbell, A.; Gaspar, R.; Shughrue, P.; Danzinger, A.; Regan, C.; Garson, S.; Doran, S.; Kreatsoulas, C.; Veng, L.; <u>Lindsley, C.W.</u>; Shipe, W.; Kuduk, S.; Jacobson, M.; Sur, C.; Kinney, G.; Seabrook, G.R.; Ray, W.J. 'Selective activation of the M1 muscarinic acetylcholine receptor achieved by allosteric potentiation' *Proc. Natl. Acad Sci. USA* **2009**, *106*, 15950-15955.

80. Sharma, S.; Kedrowski, J.; Rook, J.M.; Smith, J.M.; Jones, C.K.; Rodriguez, A.L.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Discovery of Molecular Switches that Modulate Modes of mGluR5 Pharmacology *In Vitro* and *In Vivo* Within a Series of Functionalized 5-(phenylethynyl)pyrimidines' *J. Med. Chem.* **2009**, *52*, 4103-4106.

79. Rodriguez, A.L.; Williams, R.; Zhou, S.; Lindsley, S.R.; Le, U.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Discovery and SAR of Novel mGluR5 Non-Competitive Antagonists not based on an MPEP Chemotype' *Bioorg. Med. Chem. Lett.* **2009**, *19*, 3209-3212.

78. Lavieri, R.; Lewis, J.A.; Scott, S.A.; Selvy, P.E.; Buck, J.; Armstrong, M.D.; Brown, H.A.; <u>Lindsley, C.W.</u> 'Design and synthesis of isoform-selective phospholipase D (PLD) inhibitors. Part II: PLD2 selectivity by virtue of a triazaspirone privileged structure' *Bioorg. Med.Chem. Lett.* **2009**, *19*, 2240-2244.

77. Lewis, J.A.; Scott, S.A.; Lavieri, R.; Buck, J.R.; Selvy, P.E.; Stoops, S.L.; Armstrong, M.D.; Brown, H.A.; <u>Lindsley, C.W.</u> 'Design and synthesis of isoform-selective phospholipase D (PLD) inhibitors. Part I: Impact of alternative halogenated privileged structures on PLD1 specificity' *Bioorg. Med.Chem. Lett.* **2009**, *19*, 1916-1919.

76. Ayala, J.E.; Chen, Y.; Banko, J.L.; Sheffler, D.J.; Williams, R.; Xiang, Z.; Zhang, Y.; Jones, P.J.; Watson, N.L.; Telk, A.N.; <u>Lindsley, C.W.</u>; Olive, M.F.; Conn, P.J. 'mGluR5 positive allosteric modulators facilitate both hippocampal LTP and LTD and enhance spatial learning'

*Neuropsychopharmacology* **2009**, *34*, 2057-2071.

*Dr. Craig W. Lindsley*

75. Delpire, E.; Days, E.; Mi, D.; Lewis, M.; <u>Lindsley, C.W.</u>; Weaver, C.D. 'Small molecule screen identifies novel inhibitors of the neuronal K-Cl cotransporter KCC2' *Proc. Natl. Acad Sci. USA,* **2009**, *106*, 5383-5388.

74. Wolkenberg, S.E.; Zhao, Z.; Wisnoski, D.D.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Gibson, C. Ma, B.K.; Polsky-Fisher, S.L.; <u>Lindsley, C.W.</u>; Hartman, G.D. 'Discovery of GlyT1 inhibitors with improved pharmacokinetic properties' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 1492-1495.

73. Zhao, Z.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Hartman, G.D.; <u>Lindsley, C.W.</u>; Wolkenberg, S.E. 'Discovery of *N*-{[1-(propylsulfonyl)-4-pyridin-2-ylpiperidin-4-yl]methyl} benzamides as novel, selective and potent GlyT1 inhibitors' *Bioorg. Med. Chem.Lett.* **2009**, *19*, 1488-1491.

72. Williams, R.; Niswender, C.; Luo, Q.; Le, U.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Positive allosteric modulators of the metabotropic glutamate receptor subtype 4 (mGluR4). Part II: Challenges in lead optimization due to shallow SAR across multiple confirmed HTS hits' *Bioorg. Med. Chem. Lett,* **2009**, *19*, 962-965.

71. Kennedy, J.P.; Bridges, T.M.; Gentry, P.R.; Brogan, J.T.; Brady, A.E.; Shirey, J.K.; Jones, C.K.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Synthesis and structure-activity-relationships of allosteric potentiators of the M₄ muscarinic acetylcholine receptor' *ChemMedChem.* **2009**, *4*, 1600-1607.

70. Engers, D.W.; Rodriguez, A.L.; Oluwatola, O.; Hammond, A.S.; Venable, D.F.; Williams, R.; Sulikowski, G.A.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Synthesis, SAR and unanticipated pharmacological profiles of analogs of the mGluR5 ago-potentiataor ADX-47273' *ChemMedChem.* **2009**, *4*, 505-511.

69. Daniels, R.N.; Melancon, B.J.; Wang, E.A.; Crews, B.S.; Marnett, L.M.; Sulikowski, G.A.; <u>Lindsley, C.W.</u> 'Progress towards the total synthesis of Lucentamycin A: Total synthesis and biological evaluation of 8-epi-Lucentamycin A' *J. Org. Chem.* **2009**, *74*, 8852-8855.

68. Marlo, J.E.; Niswender, C.M.; Luo, Q.; Brady, A.E.; Shirey, J.K.; Rodriguez, A.L.; Bridges, T.M.; Williams, R.; Days, E.; Nalywajko, N.T.; Austin, C.; Williams, M.; Xiang, Y.; Orton, D.; Brown, H.A.; Kim, K.; <u>Lindsley, C.W.</u>; Weaver, C.D.; Conn, P.J. 'Identification and characterization of novel allosteric potentiators of M1 muscarinic receptors reveals multiple modes of activity' *Mol. Pharm.* **2009**, *75(3)*, 577-588.

67. Fadeyi, O.; <u>Lindsley, C.W.</u> 'Rapid, general access to chiral β-flouroamines and β,β-difluoroamines via organocatalysis' *Org. Lett.* **2009**, *11*, 943-946.

66. Scott, S.A.; Selvy, P.E.; Buck, J.; Cho, H.P.; Criswell, T.L.; Thomas, A.L.; Armstrong, M.D.; Arteaga, C.; <u>Lindsley, C.W.</u>; Brown, H.A. 'Design of isoform-selective phospholipase D inhibitors that modulate cancer cell invasiveness' *Nat. Chem. Bio.* **2009**, *5*, 108-117.

65. Sheffler, D.J; Williams, R.; Bridges, T.M.; Lewis, L.M.; Xiang, Z.; Zheng, F.; Kane, A.S.; Byum, N.E.; Jadhav, S.; Mock, M.M.; Zheng, F.; Lewis, L.M.; Jones, C.K.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>; Conn, P.J. 'Novel Selective Muscarinic Acetylcholine Receptor Subtype 1 (M₁ mAChR) Antagonist Reduces Seizures without Impairing Hippocampal-Dependent Learning' *Mol. Pharmacol.* **2009**, *76*, 356-368.

64. Miller, T.W.; Perez-Torres, M.; Wu, H.; Shyr, Y.; Guix, M.; Jiang, A.; Stal, O.; Kennedy, J.P.; <u>Lindsley, C.W.</u>; Arteaga, C.L. 'Loss of *Phosphatase and Tensin Homologue Deleted on Chromosome 10* engages ErbB3 and Insulin-Like Growth Factor I Receptor signaling to promote anti-estrogen resistance in breast cancer' *Cancer Res.* **2009**, *69*, 4192-4201 .

63. Aldrich, L.; LeBois, E.P.; Lewis, L.M.; Nalywajko, N.T.; Weaver, C.D.; Conn, P.J.; <u>Lindsley, C.W.</u>

*Dr. Craig W. Lindsley*

'MAOS protocols for the general synthesis and lead optimization of 3,6-disubstituted-[1,2,4]triazolo[4,3-*b*]pyradazines' *Tetrahedron Lett.* **2009**, *50*, 212-216.

62. Hammond, A.; Rodriguez, A.; <u>Lindsley, C.W.</u>; Conn, P.J. "Members of a novel benzamide structural class act as positive allosteric modulators of metabotropic glutmate receptor subtype 5 by binding to a site other than that of 2-methyl-6-(phenylethynyl)-pyridine and its analogs' *Neuropsychopharmacology* **2009**, *55* (4), 601-612.

61. <u>Lindsley, C.W.</u> Development of novel, centrally active GlyT1 inhibitors that further validate the NMDA hypofunction hypothesis of schizophrenia in preclinical animal models' *Schizophrenia Bull.* **2007**, *33* (2), 475.

60. Pawluczyk, J.M.; McClain, R.T.; Denicola, C.; Mulhearn, J.J., Jr.; Rudd, D.J.; <u>Lindsley, C.W.</u> 'Microwave-initiated living free radical polymerization: optimization of the preparative scale synthesis of Rasta resins. *Polymer Preprints* **2008**, *49*(2), 928-929.

59. Niswender, C.M.; Lebois, E.P.; Luo, Q.; Kim, K.; Muchalski, H.; Yin, H.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Positive allosteric modulators of the metabotropic glutamate receptor subtype 4 (mGluR4). Part I: Discovery of pyrazolo[3,4-*d*]pyrimidines as novel mGluR4 positive allosteric modulators' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 5626-5629.

58. Miller, N.R.; Daniels, N.R.; Bridges, T.M.; Brady, A.E.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Synthesis and SAR of analogues of the M1 allosteric agonist TBPB. Part II. Amides, sulfonamides ands ureas: the effect of capping the distal basic piperidine nitrogen' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 5443-5446.

57. Bridges, T.M.; Brady, A.E.; Kennedy, J.P.; Daniels, N.R.; Miller, N.R.; Kim, K.; Breininger, M.L.; Gentry, P.R.; Brogan, J.T.; Jones, J.K.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Synthesis and SAR of analogues of the M1 allosteric agonist TBPB. Part I. Exploration of alternative benzyl and privileged structure moieties' *Bioorg. Med. Chem. Lett.,* **2008**, *18*, 5439-5442.

56. Yang, Z.-Q.; Barrow, J.C.; Shipe, W.D.; Schlegel, K.S.; Shu, Y.; Yang, F.V.; <u>Lindsley, C.W.</u>; Rittle, K.E.; Bock, M.G.; Hartman, G.D.; Uebele, V.N.; Nuss, C.E.; Fox, S.V.; Kraus, R.L.; Doran, S.M.; Connolly, T.M.; Tang, C.; Ballard, J.E.; Kuo, Y.; Adarayan, E.D.; Prueksaritanont, Y.; Zrada, M.M.; Marino, M.J.; DiLella, A.G.; Reynolds, I.J.; Vargas, H.M.; Bunting, P.B.; Woltman, M.M.; Koblan, K.S.; Renger, J.J. 'Discovery of 1,4-substituted piperidines as potent and selective inhibitors of T-type calcium channels' *J. Med. Chem.* **2008**, *51*, 6471-6477.

55. Kim, K.; Miller, N.R.; Sulikowski, G.A.; <u>Lindsley, C.W.</u> 'A new multi-gram synthetic route to labeling precursors for the D$_{2/3}$ PET agent [18]F-fallypride' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 4467-4470.

54. Lewis, J.A.; Daniels, N.R.; <u>Lindsley, C.W.</u> 'Total synthesis of Ciliatimides A-C: stereochemical revision and the natural product-guided synthesis of unnatural analogs' *Org. Lett.* **2008**, *10*, 4545-4548.

53. Daniels, N.R.; Fadeyi, O.; <u>Lindsley, C.W.</u> 'A new catalytic Cu(II)/sparteine oxidant system for β,β-phenolic couplings of styrenyl phenols: total synthesis of carpanone and unnatural analogues' *Org. Lett.* **2008**, *10*, 4097-4100.

52. Kennedy, J.P.; Brogan, J.T.; <u>Lindsley, C.W.</u> 'Total synthesis and biological evaluation of the marine bromopyrrole alkaloid dispyrin: elucidation of discrete molecular targets with therapeutic potential' *J. Nat. Prod.* **2008**, *71*, 1783-1788.

51. Brady, A.; Jones, C.K.; Bridges, T.M.; Kennedy, P.J.; Thompson, A.D.; Breininger, M.L.; Gentry, P.R.; Yin, H.; Jadhav, S.B.; Shirey, J.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Centrally active allosteric potentiators of the M4 muscarinic acetylcholine receptor reverse amphetamine-induced

hyperlocomotion behavior in rats' *J. Pharm. & Exp. Ther.* **2008**, *327*, 941-953.

*Dr. Craig W. Lindsley*

50. Niswender, C.M.; Myers-Johnson, K.A.; Weaver, C.D.; Jones, C.K.; Luo, Q.; Rodriguez, A.L.; Marlo, J.E.; de Paulis, T.; Thompson, A.; Days, E.; Nalywajko, N.T.; Austin, C.; Williams, M.; Ayala, J.E.; Williams, R.; Lindsley, C.W.; Conn, P.J. 'Discovery, characterization and antiparkinsonian effect of novel positive allosteric modulators of metabotropic glutamate receptor 4' *Mol. Pharm.* **2008**, *74*, 1345-1358.

49. Jones, C.K.; Brady, A.E.; Davis, A.A.; Xiang, Z.; Bubser, M.; Tantawy, M.N.; Kane, A.; Bridges, T.M.; Kennedy, J.P.; Bradley, S.R.; Peterson, T.; Baldwin, R.M.; Kessler, R.; Deutch, A.; Lah, J.L.; Levey, A.I.; Lindsley, C.W.; Conn, P.J. 'Novel selective allosteric activator of the M1 muscarinic acetylcholine receptor reduces amyloid processing and produces antipsychotic-like activity in rats. *J. Neurosci.* **2008**, *28*(41), 10422-10433.

48. Sharma, S.; Rodriguez, A.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of a mGluR5 allosteric partial antagonist lead: Unexpected modulation of pharmacology with slight structural modifications to a 5-(phenylethynyl)pyrimidine scaffold' *Bioorg. Med. Chem. Lett.,* **2008**, *18*, 4098-4101.

47. Shipe, W.D.; Barrow, J.C.; Yang, Z.-Q.; Lindsley, C.W.; Yang, F.V.; Schlegel, K.S.; Shu, Y.; Rittle, K.E.; Zrada, M.M.; Bock, M.G.; Hartman, G.D.; Tang, C.; Ballard, J.E.; Kuo, Y.; Adarayan, E.D.; Prueksaritanont, Y.; Uebele, V.N.; Nuss, C.E.; Connolly, T.M.; Doran, S.M.; Fox, S.V.; Kraus, R.L.; Marino, M.J.; Graufelds, V.K.; Vargas, H.M.; Bunting, P.B.; Hasbun-Manning, M.; Evans, R.M.; Koblan, K.S.; Renger, J.J. 'Design, synthesis and evaluation of novel 4-aminomethyl-4-fluoropiperidine as a T-Type Ca$^{2+}$ antagonist' *J. Med. Chem.* **2008**, *51*, 3692-3695.

46. Kennedy, J.P.; Brogan, J.T.; Lindsley, C.W. 'Progress towards the total synthesis of piperazimycin A: exploration of the synthesis of γ-hydroxy and γ-chloropiperazic acids' *Tetrahedron Lett.,* **2008**, *49*, 4116-4118.

45. Zeng, Z.; O'Brien, J.A.; Leimare, W.; O'Malley, S.S.; Miller, P.J.; Zhao, Z.; Wallace, M.A.; Raab, C.; Lindsley, C.W.; Sur, C.; Williams, D.L. Jr. 'A novel radioligand for glycine transporter 1 (GlyT1): characterization and use in autoradiography studies and *in vivo* brain occupancy studies' *Nuc. Med. and Bio.* **2008**, *35*, 315-325.

44. Lewis, L.M.; Sheffler, D.; Williams, R.; Bridges, T.A.; Kennedy, J.P.; Brogan, J.T.; Mulder, M.J.; Williams, L.; Nalywajko, N.T.; Niswender, C.; Weaver, C.D.; Conn, P.J.; Lindsley, C.W. 'Synthesis and SAR of selective muscarinic acetylcholine receptor subtype 1 (M1 mAChR) antagonists' *Bioorg. Med. Chem. Lett.*, **2008**, *18*, 885-889.

43. Zhao, Z.; Wolkenberg, S.E.; Lu, M.; Munshi, V.; Moyer, G.; Feng, M.; Carella, A.V.; Ecto, L.T.; Gabryelski, L.J.; Lai, M.-T.; Prasad, S.; Yan, Y.; McGaughey, G.B.; Miller, M.D.; Lindsley, C.W.; Hartman, G.D.; Vacca, J.P.; Williams, T.M. 'Novel indole-3-sulfonamides as potent HIV non-nucleotide reverse transcriptase inhibitors (NNRTIs)' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 554-557.

42. Zhao, Z.; Robinson, R.G.; Barnett, S.F.; Defeo-Jones, D.; Jones, R.J.; Hartman, G.D.; Huber, M.E.; Lindsley, C.W. 'Development of potent, allosteric Akt1 and Akt2 dual inhibitors with improved physical properties and cell activity' *Bioorg. Med. Chem. Lett.* **2008**, *18*, 49-53.

41. Daniels, R.N.; Kim, K.; Lewis, J.A.; Lebois, E.P.; Muchalski, H.; Lindsley, C.W. 'Microwave-assisted protocols for the expedited synthesis of pyrazolo[1,5-*a*] and [3,4-*d*]pyrimidines' *Tetrahedron Lett.* **2008**, *49*, 305-308.

40. Zhao, Z.; Wisnoski, D.D.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Wittman, M.; Ha, S.; Schaffhauser, H.; Sur, C.; Pettibone, D.J.; Duggan, M.E.; Conn, P.J.; Hartman, G.D.; Lindsley, C.W. 'Challlenges in the development of mGluR5 positive allosteric modulators: the discovery of CPPHA' *Bioorg. Med. Chem.Lett.,* **2007**, *17*, 1386-1389.

39. Pawluczyk, J.M.; McClain, R.T.; Denicola, C.; Mulhearn, J.J.; Rudd, D.J.; Lindsley, C.W.

*Dr. Craig W. Lindsley*

Microwave-initiated living free radical polymerization: Optimization of the preparative scale synthesis of Rasta resins' *Tetrahedron Lett*. **2007**, *48*, 1497-1500.

38. Lindsley, C.W.; Weaver, D.; Conn, P.J.; Marnett, L. 'Preclinical Drug Discovery Research and Training at Vanderbilt' *ACS Chem. Biol.* **2007**, *2*, 17-21.

37. Shipe, W.D.; Yang, F.; Zhao, Z.; Wolkenberg, S.E.; Nolt, M.B.; Lindsley, C.W. 'Convenient and general microwave-assisted protocols for the expedient synthesis of heterocycles' *Heterocycles*, **2006**, *70*, 665-679 (invited).

36. Zhao, Z.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Jacobson, M.A.; Sur, C.; Pettibone, D.J.; Tiller, P.R.; Smith, S.; Hartman, G.D.; Lindsley, C.W. 'Synthesis and SAR of GlyT1 inhibitors derived from a series of *N*-((4-(morpholine-4-carbonyl)-1-(propylsulfonyl)piperidin-yl)methyl) benzamides' *Bioorg. Med. Chem.Lett.,* **2006**, *16*, 5968-5971.

35. Nanda, K.K.; Nolt, M.B.; Cato, M.J.; Kane, S.A.; Kiss, L.; Spencer, R.H.; Jixin Wang, J.; Lynch, J.L.; Regan, C.P.; Stump, G.L.; Li, B.; White, R.; Yeh, S.; Bogusky, M.J.; Bilodeau, M.T.; Dinsmore, C.J.; Lindsley, C.W.; Hartman, G.D.; Scott Wolkenberg S.E.;Trotter, B.W. 'Potent antagonists of the atrial $I_{Kur}$/Kv1.5 potassium channel: synthesis and evaluation of analogous *N,N*-diisopropyl-2-(pyridine-3-yl)acetamides' *Bioorg. Med. Chem.Lett.* **2006**, *16*, 5897-5901.

34. Wolkenberg, S.E.; Zhao, Z.; Kapitskaya, M.; Webber, A.L.; Pertukhin, K.; Tang, Y.S.; Dean, D.C.; Hartman, George D.; Lindsley, C.W. 'Identification of potent agonists of Photoreceptor-Specific Nuclear Receptor (NR2E3) and preparation of a radioligand' *Bioorg. Med. Chem.Lett.,* **2006**, *16*, 5001-5005.

33. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Chen, T-B.; Chang, R.S.L.;Burno, M.; Jacobson, M.A.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; Tiller,P.R.; Smith, S.;Tsou, N.N.; Duggan, M.E.; Conn, P.J.; Hartman, G.D. 'Design, synthesis and *in vivo* efficacy of novel glycine transporter-1 (GlyT1) inhibitors derived from a series of [4-Phenyl-1-(propylsulfonyl)piperidin-4-yl] methyl benzamides' *ChemMedChem*, **2006**, *1*, 807-812.

32. Jesudason, C.D.; Beavers, L.S.; Cramer, J.W.; Dill, J.; Finley, D.R.; Lindsley, C.W.; Stevens, F.C.; Gadski, R.A.; Oldham, S.W.; Pickard, R.T.; Siedem, C.S.; Sindelar, D.K.; Singh, A.; Watson, B.M.; Hipskind, P.A. 'Synthesis and SAR of novel histamine H3 receptor antagonists' *Bioorg. Med. Chem.Lett.,* **2006**, *16*, 3415-3418.

31. Nolt, M.B.; Smiley, M.A.; Varga, S.L.; McClain, R.T.; Wolkenberg, S.E.; Lindsley, C.W. 'Convenient preparation of substituted 5-amino oxazoles via a microwave-assisted Cornforth rearrangement' *Tetrahedron*, **2006**, *62*, 4698-4705; Tetrahedron Symposia-in-Print MAOS (invited).

30. Lindsley, C.W.; Bogusky, M.J.; Leister, W.H.; McClain, R.T.; Robinson, R.; Barnett, S.F.; Defeo-Jones, D.; III Ross, C.W.; Hartman, G.D. 'Synthesis and biological evaluation of unnatural canthine alkaloids' *Tetrahedron Lett*. **2005**, *46*, 2779-2782.

29. Defeo-Jones, D.; Barnett, S.F.; Fu, S.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; McAvoy, E.; Robinson, R.G.; Duggan, M.E.; Lindsley, C.W.; Zhao, Z.; Huber, H.E.; Jones, R.E.'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members' *Mol. Cancer Ther.* **2005**, *4*(2), 271-279.

28. Kinney, G.G.; O'Brien, Lemaire, W.; Burno, M.' Bickel, D.J.; Clements, M.K.; Wisnoski, D.D.; Lindsley, C.W.; Tiller, P.R.; Smith, S.; Jacobson, M.A.; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Williams, Jr., D.W. 'A novel selective allosteric modulator of metabotropic glutamate receptor subtype 5 (mGluR5) has an antipsychotic profile in rat behavioral models' *J. Pharmacol. Exp.*

*Therapeut.* **2005**, *313*(1), 199-208.

*Dr. Craig W. Lindsley*

27. Zhao, Z.; Duggan, M.E.; Barnett, S.F.; Defeo-Jones, D.; Huber, H.E.; Huff, J.R.; Hartman, G.D.; Leister, W.; Kral, A.; Fu, S.; Hancock, P. J.; Haskell, K.A.; Jones, R.E.; Robinson, R.; Lindsley, C.W. 'Discovery of 2,3,5-trisubstituted pyridine derivatives as potent Akt1 and Akt2 dual inhibitors' *Bioorg. Med. Chem.Lett.,* **2005** *15*, 905-908.

26. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; Robinson, R.G.; Barnett, S.F.; Defeo-Jones, D.; Jones, R.E.; Hartman, G.D.; Huff, J.R.; Huber, H.E.; Duggan, M.E. 'Allosteric Akt (PKB) kinase inhibitors. Discovery and SAR of isozyme selective inhibitors'*Bioorg. Med. Chem Lett.* **2005**, *15,* 761-765.

25. Lindsley, C.W.; Wisnoski, D.D.; Leister, W.H.;; O'Brien, J.A.; Lemiare, W.; Williams, Jr., D.L.; Burno, M.; Sur, C.; Kinney, G.G.; Pettibone, D.J.; iller, P.R.; Smith, S.;  Duggan, M.E .; Hartman, G.D.; Conn, P.J.; Huff, J.R. 'Discovery of positive allosteric modulators for the metabotropic glutamate receptor subtype 5 from a series of *N*-(1,3-Diphenyl-1H-pyrazol-5-yl)benzamides that  potentiate receptor function *in vivo*' *J. Med. Chem.* **2004**, *47*, 5825-5828*.*

24. Zhao, Z.; Wisnoski, D.D.; Wolkenberg, S.E.; Leister, W.; Wang, Y; Lindsley, C.W. 'A General microwave-assisted protocol for the expedient preparation of quinoxalines and heterocyclic pyrazines' *Tetrahedron Lett.* **2004**, *45*, 4873-4876.

23. Wolkenberg, S.E.; Wisnoski, D.D.; Leister, W.H.; Zhao, Z.; Wang, Y.; Lindsley, C.W. 'Efficient synthesis of imidazoles from aldehydes and 1,2-diketones using microwave irradiation' *Org. Lett.* **2004**, *6*, 1453-1456.

22. O'Brien, J.A.; Lemaire, W.; Wittmann, M.; Jacobson, M.A.; Ha, S.N.; Wisnoski, D.D.; Lindsley, C.W.; Schaffhauser, H.J.; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Conn, J.; Williams, D.L.'A novel selective allosteric modulator potentiates the activity of the native metabotropic glutamate receptor subtype 5 (mGluR5) in rat forebrain'  *J. Pharmacol. Exp. Therapeut.* **2004**, *309*(2), 568-579.

21. O'Brien, J.A.; Lemaire, W.; Chen, T-B.; Chang, R.S.L.; Jacobson, M.A.; Ha, S.N.; Lindsley, C.W.; Sur, C.; Pettibone, D.J.; Conn, J.; Wiliams, D.L. 'A family of highly selective allosteric modulators of the metabotropic glutamate receptor subtype 5 (mGluR5)' *Mol. Pharmacol.* **2003**, *64* (3), 731-741.

20. Lindsley, C.W.; Wisnoski, D.D.; Leister, W.H., Wang, Y.; Zhao, Z. 'A 'one pot' microwave-mediated synthesis of the basic canthine skeleton: expedient access to unnatural β-carboline alkaloids' *Tetrahedron Lett.* **2003**, *44*, 4495-4498.

19. Wisnoski, D.D.; Leister, W.H.; Strauss, K.A.; Zhao, Z.; Lindsley, C.W. 'Microwave-initiated living free radical polymerization: rapid formation of Rasta resins' *Tetrahedron Lett.* **2003**, *44*, 4321-4324.

18. Leister, W.H.; Strauss, K.A.; Wisnoski, D.D.; Zhao, Z.; Lindsley, C.W. 'Development of a custom high-throughput preparative liquid chromatography/mass spectrometer platform for the preparative purification and analytical analysis of compound libraries.' *J. Comb. Chem.* **2003**, *5*, 322-329.

17. Zhao, Z.; Leister, W.H.; Strauss, K.A.; Wisnoski, D.D.; Lindsley, C.W. 'Broadening the scope of 1,2,4-triazine synthesis by the application of microwave technology' *Tetrahedron Lett.* **2003**, *44*, 1123-1127.

16. Lindsley, C.W.; Zhao, Z.; Leister, W.H.; Strauss, K.A. 'Fluorous-tethered amine bases for

    organic and parallel synthesis: scope and limitations' *Tetrahedron Lett.* **2002**, *43*, 6319-6323.

15. Lindsley, C.W.; Zhao, Z.; Newman, R.C.; Leister, W.H.; Strauss, K.A. 'A general Staudinger

*Dr. Craig W. Lindsley*

protocol for solution phase parallel synthesis' *Tetrahedron Lett*. **2002**, *43*, 4467-4470.

14**.** Lindsley, C.W.; Zhao, Z.; Leister, W.H. 'Fluorous-tethered quenching reagents for solution phase parallel synthesis' *Tetrahedron Lett*. **2002**, *43*, 4225-4428*.*

13. Tallarico, J.A.; Depew, K.M.; Pelsih, H.E.; Westwood, N.J.; Lindsley, C.W.; Shair, M.D.; Schreiber, S.L.; Foley, M.A. 'An alkylsilyl-tethered, high capacity solid support amenable to diversity-oriented synthesis for one-bead, one-stock solution chemical genetics' *J. Comb. Chem*., **2001**, *3*, 312-321*.*

12. McAlpine, S.R.; Lindsley, C.W.; Hodges, J.C.; Leonard, D.M.; Filzen, G.F. 'Determination of functional group distribution within Rasta resins utilizing optical analysis' *J. Comb. Chem*. **2001**, *3*, 1-7.

11. Lindsley, C.W.; Hodges, J.C.; Filzen, G.F.; Watson, B.M.; Geyer, A.G.  'Rasta silanes: new silyl resins with novel macromolecular architecture via living free radical polymerization' *J. Comb. Chem*. **2000**, *2*, 550-557.

10. Lindsley, C.W.; Chan, L.K.; Goess, B.C.; Joseph, R.; Shair, M.D. 'Solid-phase biomimetic synthesis of carpanone-like molecules' *J. Am. Chem. Soc*. **2000**, *122*, 422-423.

9. Lipshutz, B.H.; Ullman, B.; Lindsley, C.; Pecchi, S.; Buzard, D.J.; Dickson, D. 'A new bromotrienyne: synthesis of all-*E* conjugated tetra-, penta-, and hexaenes common to oxopolyene macrolide antibiotics' *J. Org. Chem*. **1998**, *63*, 6092-6093.

8. Lipshutz, B.H.; Lindsley, C. 'A streamlined route to highly conjugated, all-*E* polyenes characteristic of oxo polyene macrolide antibiotics' *J. Am. Chem. Soc*. **1997**, *119*, 4555-4556.

7. Lipshutz, B.H.; Buzard, D.J.; Carrico, I.; Dickson, D.; James, B.; Lindsley, C.; Pecchi, S.;Vance, S.; Ullman, B. 'New organometallic solutions to problems in polyene natural and unnatural products synthesis' *Org. Synth. Organomet., Proceedings of the Symposium, 5ᵗʰ*,Helmchen, G. Ed., Vieweg, **1997**, pp. 361-376.

6. Lipshutz, B.H.; Mollard, P.; Lindsley, C.; Chang, V. 'cyclo-SEM: A new carbonyl protecting group' *Tetrahedron Lett*. **1997**, *38*, 1873-1876.

5. Lipshutz, B.H.; Wood, M.R.; Lindsley, C. 'Spectroscopic experiments on the role of TMSCl in lithium dialkylamide deprotonations' *Tetrahedron Lett*. **1995**, *36*, 4385-4328.

4. Lipshutz, B.H.; Lindsley, C.; Susfalk, R.; Gross, T. 'A convenient preparation of triisopropylsilyl acyl silanes' *Tetrahedron Lett*. **1994**, *35*, 8999-9002.

3. Lindsley, C.; DiMare, M. 'Metal alkoxide catalysis of catecholborane and borane reductions. Mechanistic Studies' *Tetrahedron Lett*. **1994**, *35*, 5141-5143.

2. Lipshutz, B.H.; Lindsley, C.; Bhandari, A. 'Expanding the versatility of Schwartz' reagent: hydrozirconation of vinylic and acteylenic acyl silanes' *Tetrahedron Lett*. **1994**, *35*, 4669-4672.

1. Lipshutz, B.H.; Bhandari, A.; Lindsley, C.; Keil, R.; Wood, M. 'New synthetic methods based on organozirconium and organocopper chemistry' *Pure Appl. Chem*. **1994**, *66*, 1493-1501.

**Invited Reviews**

39. Wood, M.R.; Hopkins, C.R.; Brogan, J.T.; Conn, P.J.; Lindsley, C.W. ''Molecular switches' on allosteric ligands that modulate modes of pharmacology' *Biochemistry* **2011**, *50*, 2403-2140

*Dr. Craig W. Lindsley*
*(invited).*

38.   LeBois, E.P.; Jones, C.K.; <u>Lindsley, C.W.</u> 'The Evolution of Histamine H$_3$ Antagonists/Inverse Agonists' *Curr. Topics in Med. Chem.* **2011**, *11*, 648-660.

37.   Digby, G.J.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Orthosteric- and allosteric-induced ligand-directed trafficking at G protein-coupled receptors' *Curr. Opin. Drug Disc. & Dev.* **2010**, *13*, 577-586.

36.   Bridges, T.M.; LeBois, E.P.; Hopkins, C.R.; Wood, M.R.; Jones, J.K.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Antipsychotic potential of muscarinic allosteric modulation' *Drug News & Perspect.* **2010**, *23*, 229-240.

35.   <u>Lindsley, C.W.</u> 'The Akt/PKB Family of Protein Kinases: A Review of Small Molecule Inhibitors and Progress Towards Target Validation: A 2009 Update' *Curr. Topics in Med. Chem.* **2010**, *10*, 458-477.

34.   <u>Lindsley, C.W.</u>; Emmitte, K.A. "Recent progress in the development of negative allosteric modulators of mGluR5' *Curr. Opin. Drug Discov. & Dev.* **2009**, *12*, 446-457 (invited).

33.   <u>Lindsley, C.W.</u>; Niswender, C.M.; Engers, D.W.; Hopkins, C.R. 'Recent progress in the development of mGluR4 positiive allosteric modulators for the treatment of Parkinson's disease' *Curr. Topics in Med. Chem.* **2009**, *9*, 949-963 (invited).

32.   Hopkins, C.R.; <u>Lindsley, C.W.</u>; Niswender, C.M. 'mGluR4 Positive Allosteric Moaualtion as a Potential Treatment for Parkinson's Disease' *Front. In Med. Chem.* **2009**, *1*, 501-513.

31.   Conn, P.J.; Jones, C.; <u>Lindsley, C.W.</u> 'Subtype selective allosteric modulators of muscarinic receptors for the treatment of CNS disorders' *Trends in Pharm. Sci.* **2009**, *30*, 148-156.

30.   Weaver, C.D.; Sheffler, D.J.; Lewis, L.M.; Bridges. T.M.; Williams, R.; Nalywajko, N.T.; Kennedy, J.P.; Mulder, M.M.; Jadhav, S.; Aldrich, L.A.; Jones, C.K.; Marlo, J.E.; Niswender, C.M.; Mock, M.M.; Zheng, F.; Conn, P.J.; <u>Lindsley, C.W.</u> 'Discovery and development of a potent and highly selective small molecule muscarinic acetylcholine receptor subtype I (mAChR1 or M1) antagonist in vitro and in vivo probe' *Curr. Topics in Med. Chem.* **2009**, *9*, 1217-1227.

29.   Conn, P.J.; <u>Lindsley, C.W.</u>; Jones, C. 'Allosteric modulation of metabotropic glutamate receptors as a novel approach for the treatment of schizophrenia' *Trends in Pharm. Sci.* **2009**, *30*, 25-31.

28.   Conn, P.J.; Christopolous, A.; <u>Lindsley, C.W.</u> 'Allosteric Modulators of GPCRs as a Novel Approach to Treatment of CNS Disorders' *Nat. Rev. Drug  Discov.* **2009**, *8*, 41-54.

27.   Bridges, T.M.; <u>Lindsley, C.W.</u> 'G-protein coupled receptors: From classical modes of modulation to allosteric mechanisms' *ACS Chem. Biol.* **2008**, *3*, 530-542.

26.   Conn, P.J.; Tamminga, C.; Schoepp, D.D.; <u>Lindsley, C.</u> 'Schizophrenia: Moving Beyond Monoamine Antagonists' *Mol. Intervent.* **2008**, *8*, 99-105 (invited).

25.   Bridges, T.M.; <u>Lindsley, C.W.</u> 'Accelerating Lead Optimization: A Technology-Enabled Approach' *Preclinical World 2008,* **2008**, 42-46.

24.   Bridges, T.M.; Williams, R.; <u>Lindsley, C.W.</u> 'Design of potent GlyT1 inhibitors: *in vitro* and *in vivo* profiles' *Curr. Opin. Mol. Ther*. **2008**, *10*, 591-604 (invited).

23.   Kennedy, J.P.; Williams, L.; Bridges, T.M.; Daniels, R.N.; Weaver, D.; <u>Lindsley, C.W.</u> 'Application of combinatorial chemistry science on modern drug discovery' *J. Comb. Chem.* **2008**, *10*, 345-354 (invited Perspective).

*Dr. Craig W. Lindsley*

22.  Lewis, J.A.; Lebois, E.P.; <u>Lindsley, C.W.</u> 'Allosteric modulators of kinases and GPCRs. Design principles and structural diversity' *Curr. Opin. Chem. Biol.*, **2008**, *12*, 269-279 (invited).

21.  <u>Lindsley, C.W.</u>; Weaver, D.; Bridges, T.M.; Kennedy, J.P. 'Lead Optimization in Drug Discovery' *Wiley Encyclopedia of Chemical Biology* **2009**, *2*, 511-519 (invited).

20.  <u>Lindsley, C.W.</u>; Barnett, S.F.; Layton, M.E.; Bilodeau, M.T. 'The PI3K/Akt pathway: Recent progress in the development of ATP-competitive and allosteric Akt kinase inhibitors' *Curr. Cancer Drug Targets* **2008**, *8*, 7-24 (invited).

19.  Layton, M.E.; Barnett, S.F.; Bilodeau, M.T.; <u>Lindsley, C.W.</u> 'Recent progress in the development of ATP-competitive and allosteric Akt kinase inhibitors' *Curr. Topics in Med. Chem.,* **2007**, *7,* 1349-1360 (invited).

18.  <u>Lindsley, C.W.</u>, Guest Editor. 'Small molecule inhibition of protein-protein interactions: An emerging paradigm in drug design' *Curr. Topics in Med.Chem.*, **2007**, *7*, issue 10; editorial: 921.

17.  Dudkina, A.; <u>Lindsley, C.W.</u> 'Small molecule protein-protein inhibitors (SMPPIs) for the p53-MDM2 interaction: A review of recent progress' *Curr. Topics in Med. Chem.,* **2007**, *10*, 955-966 (invited).

16.  <u>Lindsley, C.W.</u>;Wolkenberg, S.E.; Kinney, G.G. 'Progress in the preparation and testing of glycine transporter type-1 (GlyT1) inhibitors' *Curr. Topics in  Med. Chem.,* **2006**, *8*, 1883-1894 (invited).

15.  <u>Lindsley, C.W.</u>; Shipe, W.D.; Wolkenberg, S.E.; Theberge, C.R.; Williams, D.L. Jr.; Sur, C.; Kinney, G.G. 'Progress towards validating the NMDA receptor hypofunction hypothesis of schizophrenia' *Curr. Topics in Med. Chem.*, **2006**, *8*, 771-784 (invited).

14.  Kim, D.; Cheng, G.Z.; <u>Lindsley, C.W.</u>; Yang, H.; Cheng, J.Q. 'Targeting phosphatidylinositol-kinase/Akt pathway for cancer therapy' *Curr. Opin. In Invest. Drugs* **2005**, *6*, 1250-1262 (invited).

13.  Cheng, J.Q.; <u>Lindsley, C.W.</u>; Cheng, G.Z.; Sun, M.; Yang, H.; Nicosia, S.V. 'The Akt/PKB pathway: molecular target for cancer therapy' *Oncogene*, **2005**, *24*, 7482-7489 (invited).

12.  Wolkenberg, S.E.; Shipe, W.D.; <u>Lindsley, C.W.</u>; Guare, J.P; Pawluczyk, J. 'Applications of microwave assited organic synthesis on the multigram scale' *Curr. Opin. in Drug Disc. & Dev.*, **2005**, *8*, 701-712 (invited).

11.  <u>Lindsley, C.W.</u>, Guest Editor. 'Metabotropic glutamate receptors: medicinal chemistry and therapeutic implications' *Curr. Topics in Med. Chem.*, **2005**, *5*, issue 9.

10.  Williams, D.L., Jr.; <u>Lindsley, C.W.</u> 'Positive allosteric modulators of metabotropic glutamate receptor subtype 5 (mGluR5)' *Curr. Topics in Med. Chem.*, **2005**, 5, 825-838.

9.   Fesuton, B.P.; Chakravorty, S.J.; Conway, J.F.; Culberson, C.; Forbes, J.; Kraker, B.; Lennon, P.A.; <u>Lindsley, C.</u>; McGaughey, G.B.; Mosley, R.; Sheridan, R.; Valenciano, M.; Kearsley, S.K. 'Web enabling technology for design, enumeration, optimization and tracking of compound libraries' *Curr. Topics in Med. Chem.*, **2005**, *5*, 773-783 (invited).

8.   <u>Lindsley, C.W.</u>; Wolkenberg, S.E.; Shipe, W.; Williams, D.L. Jr. 'Recent advances in positive allosteric modulators of metabotropic glutamate receptors (mGluRs)', *Curr. Opin. in Drug Disc. & Dev.*, **2005**, *8*(4), 449-457 (invited).

7.   <u>Lindsley, C.W.</u>; Wolkenberg, S.E.; Shipe, W. 'Accelerating lead development by microwave-enhanced medicinal chemistry' *Drug Discovery Today: Technologies*, **2005**, *2*, 155-161 (invited).

6.   Hodges, J.C.; <u>Lindsley, C.W.</u> 'TEMPO-methyl-polystyrene resin' *Handbook of Reagents for*

*Dr. Craig W. Lindsley*

*Organic Synthesis*: Reagents for High-Throughput Solid-Phase and Solution-Phase Synthesis, Wipf, P. Ed., John Wiley & Sons Ltd., **2005**, pp.317-318 (Invited).

5.  Barnett, S.F.; Bilodeau, M.T.; <u>Lindsley, C.W.</u> 'The Akt/PKB family of protein kinases: A review of small molecule inhibitors and progress towards target validation *Curr. Topics in Med. Chem.* **2005**, *5(2)*, 109-125 (Invited).

4.  Wolkenberg, S.W.; <u>Lindsley, C.W.</u> 'MAOS: A 'diversity engine' for parallel synthesis' *Discovery developments* **2004**, *4*, 1-4.

3.  Ball, D.B.; Wood, M.; <u>Lindsley, C.;</u> Mollard, P.; Buzard, D.J.; Vivian, R.; Mahoney, M.; Taft, B.R. 'Research, teaching and professional development at a comprehensive university' *J. Chem. Ed.* **2004**, *81*, 1796-1781.

2.  <u>Lindsley, C.W.</u> 'Mastering medicinal chemistry: strategies, issues and success stories' *Drug Discovery Today*, **2004**, *9*(16), 695.

1.  Williams, D. L. Jr., O'Brien, J. A., Lemaire, W., Chen, Tsing-Bau, Chang, Raymond S.L., Jacobson, M. A., Ha, Sookhee N., Wisnoski, D. D., <u>Lindsley, C.W.</u>, Sur, C., Duggan, M. E., Pettibone, D. J., Conn, P.J., 'Difference in mGluR5 iInteraction between positive allosteric modulators from two structural classes' *Glutamate and Disorders of Cognition and Motivation*, Annals of the New York Academy of Sciences, Vol. 1003, Moghaddam, B. and Wolf, M.E., Eds., NY, **2003**, pp. 481-490.

## Book Chapters

5.  <u>Lindsley, C.W.</u>; Hopkins, C.R.; Sulikowski, G.A. 'Biomimetic synthesis of ligans and neolignans' in *Biomimetic Organic Synthesis*, Poupon, E. and Nay, B., Eds. Wiley-VCH Verlag GmbH & Co., **2011**, pp. 677-694. (Invited)

4.  <u>Lindsley, C.W.</u> and Leister, W.H. 'Fluorous Scavengers' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 236-246. (Invited)

3.  <u>Lindsley, C.W.</u> and Zhao, Z. '4-Aminobenzoic acid. The Staudinger Reduction with a fluorous phosphine' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 370. (Invited).

2.  <u>Lindsley, C.W.</u> and Zhao, Z. '1,2-Diethyl-6a,10-dimethoxy-1,6a,11b,11c-tetrahydro-2*H*-benzo[k]xanthen-4-one. β,β-Phenolic coupling reactions to access unnatural carpanone analogs with a fuorous diacetoxy iodobenzene (F-DAIB) reagent' in *Handbook of Fluorous Chemistry*, Gladysz, J.A.; Curran, D.P.; Horvath, I.T., Eds. Wiley-VCH, N.Y., **2004**, pp. 371. (Invited)

1.  <u>Lindsley, C.W.</u> and Layton, M.E. 'Product subclass 2: 1, 2, 4-triazines' in *Science of Synthesis,* Vol. 17, Weinreb, S.W., Ed., Georg Thieme Verlag, N.Y., **2004**, pp.357-447 (Invited).

## Editorials and other content for *ACS Chemical Neuroscience*

10. <u>Lindsley, C.W.</u> 'A Special 'Reviews' Issue on the Chemical Senses' *ACS Chem. Neurosci.* **2011**, *2*, 1.

9.  <u>Lindsley, C.W.</u> 'The Last Issue of Our Inaugural Year: Reflections and a View to the Future' *ACS Chem. Neurosci.* **2010**, *1*, 770-771.

8.  <u>Lindsley, C.W.</u> 'Horner's Syndrome and Neuroblastoma: Our Family's Odyssey with Disorders of the Sympathetic Nervous System' *ACS Chem. Neurosci.* **2010**, *1*, 649-651.

*Dr. Craig W. Lindsley*

7.  <u>Lindsley, C.W.</u> '(S)-(+)-Mecamylamine (TC-5214): A Neuronal Nicotinic Receptor Modulator Enters Phase III Trials as an Adjunct Treatment for Major Depressive Disorder (MDD)' *ACS Chem. Neurosci.* **2010**, *1*, 530-531.

6.  <u>Lindsley, C.W.</u> 'The Top Prescription Drugs of 2009 in the US: CNS Therapeutics Rank among Highest Grossing' *ACS Chem. Neurosci.* **2010**, *1*, 407-408.

5.  <u>Lindsley, C.W.</u> 'Torn from the Headlines: AstraZeneca Fined For Illegal Marketing of SEROQUEL' *ACS Chem. Neurosci.* **2010**, *1*, 343.

4.  <u>Lindsley, C.W.</u> '*ACS Chemical Neuroscience* Molecule Spotlight' *ACS Chem. Neurosci.* **2010**, *1*, 257.

3.  <u>Lindsley, C.W.</u> 'GlyT1 – Up from the Ashes.  The importance of not condemning a mechanism based on a single chemotype' *ACS Chem. Neurosci.* **2010**, *1*, 165-166.

2.  <u>Lindsley, C.W.</u> 'Screening and Beyond: New Opportunities to Advance Neuroscience Discovery' *ACS Chem. Neurosci.* **2010**, *1*, 84.

1.  <u>Lindsley, C.W.</u> Editorial, *ACS Chem. Neurosci.* **2010**, *1*, 1.


**'Molecule of the Month' in *Current Topics in Medicinal Chemistry***

26.  <u>Lindsley, C.W.</u> 'Hitting cancer with a one-two punch: An unusual collaboration between Merck and AstraZeneca .' for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2009**, *9*, 464.

25.  <u>Lindsley, C.W.</u> 'New, isozyme selective tools to study PLD function' for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2009**, *9*, 416.

24.  <u>Lindsley, C.W.</u> '2008 Drug Approvals by the FDA: A Much Needed Upswing' for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2009**, *9*, 320.

23.  <u>Lindsley, C.W.</u> 'FDA approves new treatment for fibromyalgia' for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2009**, *9*, 225.

22.  <u>Lindsley, C.W.</u> 'The 'skinny' on CB1 antagonists/inverse agonists: controversial obesity drugs will not go to FDA for approval for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2008**, *8*, 1553.

21.  <u>Lindsley, C.W.</u> 'Tumor Necrosis Factor (TNF) blockers ignite FDA inquiry over cancer concerns' for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2008**, *8*, 1158.

20.  <u>Lindsley, C.W.</u> 'The most prescribed and top selling drugs of 2007: expansion of generics and, of course, Lipitor[TM] for *Molecule of the Month* in *Curr. Topics in  Med.Chem.* **2008**, *8*, 1100.

19.  <u>Lindsley, C.W.</u> 'FDA probes Singulair[TM] suicide link' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 935.

18.  <u>Lindsley, C.W.</u> '*In vivo* inhibition of BACE-1 leads to Aβ lowering and increased APPα

   processing without effect on Neuregulin' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 839.

17.  <u>Lindsley, C.W.</u> 'FDA approval of atypical antipsychotic drugs specifically for adolescents' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 725.

*Dr. Craig W. Lindsley*

16. Lavieri, R.R.; <u>Lindsley, C.W.</u> 'Genistein, modest optimization of a natural product yields increase in antioxidant activity' for *Molecule of the Month* in *Curr.Topics in Med.Chem.* **2008**, *8*, 615.

15. <u>Lindsley, C.W.</u> 'Discovery of mAChR subtype selective M4 positive allosteric modulators' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 531.

14. <u>Lindsley, C.W.</u> 'Is Zetia<sup>TM</sup> a 'Do Nothing' Drug?' for *Molecule of the Month* in *Curr. Topics in Med.Chem.,* **2008**, *8*, 434.

13. Lavieri, R.R.; <u>Lindsley, C.W.</u> 'Halopemide, a phospholipase D2 inhibitor idenitified by high-throughput screening' for *Molecule of the Month* in *Curr.Topics in Med.Chem.* **2008**, *8*, 365.

12. Bridges, T.M.; <u>Lindsley, C.W.</u> 'UCI-30002 – a novel nAChR negative allosteric modulator' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 268.

11. <u>Lindsley, C.W.</u> 'CHF5074 – A novel NSAID-derived γ-secretase modulator that reduces brain β-amyloid pathology without peripheral toxicity' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 171.

10. Thomas, A.L.; <u>Lindsley, C.W.</u> 'Overcoming resistance: The Iressa<sup>TM</sup> story.' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2008**, *8*, 62.

9. <u>Lindsley, C.W.</u> 'An orally bioavailable MC4 antagonist with *in vivo* efficacy in animal models of cachexia' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1829.

8. Bolinger, J.D. and <u>Lindsley, C.W.</u> 'The most prescribed and top selling drugs of 2006: generics, biologics and, of course, Lipitor<sup>TM</sup>.' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1643.

7. Sharma, S. and <u>Lindsley, C.W.</u> 'A new high affinity PET tracer for the metabotropic glutamate receptor subtype 5 (mGluR5)' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1542.

6. Breininger, M.L.; <u>Lindsley, C.W.</u> 'Chantix<sup>TM</sup> - the first non-nicotine-containing medication for smoking cessation' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1330.

5. Kennedy, J.P.; <u>Lindsley, C.W.</u> 'New FD approval for Cymbalta<sup>TM</sup> for Generalized Anxiety Disorder' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1248.

4. Daniels, N.R..; <u>Lindsley, C.W.</u> 'A new, non-SSRI mechanism of action for Prozac<sup>TM</sup>' for *Molecule of the Month* in *Curr. Topics in Med.Chem.* **2007**, *7*, 1039.

3. Moore, M.; <u>Lindsley, C.W.</u> 'ABT-737: Bad news for cancer' for *Molecule of the Month* in *Curr. Topics in Med, Chem.* **2007**, *7*, 919.

2. <u>Lindsley, C.W.</u> 'Emerging from the shadow of Vioxx<sup>TM</sup>' for *Molecule of the Month* in *Curr. Topics in Med, Chem.* **2007**, *7*, 739.

1. <u>Lindsley, C.W.</u> 'Viagra<sup>TM</sup>: Not just for impotence anymore' for *Molecule of the Month* in *Curr. Topics in Med, Chem.* **2007**, *7*, 637.

## PATENTS

I have drafted and filed <u>93</u> Patent Applications at Vanderbilt (2007-present) covering <u>10</u> molecular targets.

*Dr. Craig W. Lindsley*
**Issued US Patents**

19. Beavers, L.S.; Gadski, R.A.; Hipkind, P.A.; Jesudason, C.D.; Lobb, K.L.; Pickard, R.T.; <u>Lindsley, C.W</u>. 'Histamine H3 receptor antagonists, preparations and therapeutic uses' US 7,902,191, **2011**.

18. Burns, H.D.; Hamill, T.G.; Lindsley, C.W. 'Radiolabeled glycine transporter inhibitors' US 7,834,031, **2010**.

17. Blackaby, W.; Duggan, M.E.; Hallett, D.; Hartman, G.D.; Jennings, A.S.; Leister, W.H.; Lewis, R.T.; <u>Lindsley, C.W.</u>; Naylor, E.; Street, L.J.; Wang, Y.; Wisnoski, D.D.; Wolkenberg, S.E.; Zhao, Z. 'Heteroaryl piperidine glycine transporter inhibitors' US 7,825,135, **2010**.

16. <u>Lindsley, C.W.</u>; Wisnoski, D.D.; Wolkenberg, S.E. 'Cyclopropyl piperidine glycine transporter inhibitors' US 7,776,886, **2010**.

15. <u>Lindsley, C.W.</u>; Wisnoski, D.D. 'Synthesis of functional polymers for use in organic synthesis and combinatorial chemistry' US 7,592,392, **2009**.

14. Cosford, N.D.P.; Layton, M.E.; Liang, J.; <u>Lindsley, C.W.</u>; Sanderson, P.E.; Zhao, Z. 'Inhibitors of of Akt activity' US 7,589,068, **2009**.

13. Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.C.; <u>Lindsley, C.W.</u>; Wu, Z.; Zhao, Z. 'Inhibitors of Akt activity' US 7,579,355, **2009**.

12. <u>Lindsley, C.W.</u>; Wolkenberg, S.E.; Zhao, Z. 'Morpholinyl piperidine glycine transporter inhibitors' US 7,576,083, **2009**.

11. <u>Lindsley, C.W.</u>; Hallett, D.; Wokenberg, S.E. 'Azetidine glycine transporter inhibitors' US 7,572,792, **2009**.

10. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; <u>Lindsley, C.W.</u>  'Tyrosine kinase inhibitors' US 7,560,546, **2009**.

9. Duggan, M.E.; <u>Lindsley, C.W.</u>; Zhao, Z. 'Substituted pyrazine inhibitors of AKT' US 7,524,850, **2009**.

8. Duggan, M.E.; <u>Lindsley, C.W.</u>; Wisnoski, D.D. 'Benzamide modulators of metabotropic glutamate receptors' US 7,507,836, **2009**.

7. Duggan, M.E.; <u>Lindsley, C.W.</u>; Wu, Z.; Zhao, Z.; Hartnett, J.C. 'Substituted pyridine compounds as inhibitors of protein kinase Akt activity for treating cancer' US 7,414,055, **2008**.

6. Duggan, M.E.; <u>Lindsley, C.W.</u>; Zhao, Z. 'A preparation of thieno[3,4-*b*]pyrazine derivatives useful as inhibitors of Akt activity' US 7,399,764, **2008**.

5. <u>Lindsley, C.W.</u>; Zhao, Z. 'Preparation of *N*-[4-(3-phenylquinoxalin-2-yl)benzyl] substituted sulfonamides as inhibitors of Akt activity' US 7,396,832, **2008**.

4. Beavers, L.S.; Gadski, R.A.; Hipkind, P.A.; <u>Lindsley, C.W.</u>; Lobb, K.L.; Nixon, J.A.; Pickard, R.T.; Schaus, J.M.; Takakuwa, T.; Watson, B.M.  'Preparation of non-imidazole aryl alkylamines as histamine H3 receptor antagonists' US 7,314,937, **2008**.

3. Bilodeau, M.T.; <u>Lindsley, C.W.</u>; Zhao, Z. 'Triazine moiety-containing compounds as inhibitors of Akt kinase activity, and use for the treatment of cancer' US 7,304,063, **2007**.

2. <u>Lindsley, C.W.</u>; Zhao, Z. 'Preparation of fused quinoxaline derivatives as inhibitors of Akt activity for

*Dr. Craig W. Lindsley*
treating cancer' US 7,273,869, **2007**.

1. Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.C.; <u>Lindsley, C.W.</u>; Manley, P.J.; Wu, Z. Zhao, Z. 'Preparation of 2,3-diphenylquinoxaline derivatives as inhibitors of Akt activity for treating' cancer' US 7,223,738, **2007**.

**Published Patent Applications**

75. Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D; Salovich, J.M. 'mGlu$_4$ allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 050316, **2011**.

74. Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R.; Niswender, C.M.; Gogliotti, R.D. 'mGlu$_4$ allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 050305, **2011**.

73. Conn, P.J.; <u>Lindsley, C.W.</u>; Emmitte, K.A.; Weaver, C.D. 'Substituted phenylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035214, **2011**.

72. Conn, P.J.; <u>Lindsley, C.W.</u>; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted benzamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035209, **2011**.

71. Conn, P.J.; <u>Lindsley, C.W.</u>; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted heteroarylamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035186, **2011**.

70. Conn, P.J.; <u>Lindsley, C.W.</u>; Emmitte, K.A.; Weaver, C.D.; Rodriguez, A.L.; Felts, A.S.; Jones, C.K.; Bates, B.S. 'Substituted heteroarylamine carboxamide analogs as mglur5 negative allosteric modulators and methods of making and using the same' WO 035174, **2011**.

69. Conn, J.P.; <u>Lindsley, C.W.</u>; Weaver, C.D.; Stauffer, S.; Williams, R.; Mcdonald, G.; Bartolome-Nebreda, J.M.; Zhou, Ya 'O-benzyl nicotinamide analogs as mglur5 positive allosteric modulators' WO 035324, **2011**.

68. Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Engers, D.W.; Gentry, P.R.; Cheung, Y-Y; Salovich, J.M.; Gogliotti, R.D. 'Imidazolidinone derivatives and related compounds as mGluR4 allosteric potentiators, compositions and methods of treating neurological dysfunction' WO 029104, **2011**.

67. Conn, P.J.; <u>Lindsley, C.W.</u>; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Cheung, Y-Y. 'Substituted benzoimidazolesulfonamides and substituted indolesulfonamides as mGluR4 potentiators' WO 011722, **2011**.

66. Brown, H.A.; <u>Lindsley, C.W.</u>; Waterson, A.G.; Scott, S.A. 'Isoform selective phospholipase D inhibitors' WO 011680, **2011**.

65. Shipe, W.D.; <u>Lindsley, C.W.</u>; Hallett, D. 'Quinolone M1 Receptor Positive Allosteric Modulators' WO 0317692, **2010**.

64. <u>Lindsley, C.W.</u>; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-piperidin-4-yl-methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' WO 0256186, **2010**.

63. <u>Lindsley, C.W.</u>; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Sulfonyl-azetidin-3-yl-

*Dr. Craig W. Lindsley*

methylamine amide analogs as GlyT1 inhibitors, methods for making same, and use of same in treating psychiatric disorders' WO 0261696, **2010**.

62. Lindsley, C.W.; Conn, P.J.; Williams, R.; Jones, C.K.; Sheffler, D.J. 'Alkylsulfonyl-2,3-dihydrospiro[indene-1,4'-piperidine analogs as GlyT1inhibitors, methods for making same and use of same in treating psychiatric disorders' WO 0249167, **2010**.

61. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z. '3-Fluoro-Piperdine T-Type Calcium Channel Antagonists' WO 0222387, **2010**.

60. Wolkenberg, S.E.; Zhao, Z.; Lindsley, C.W. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0222322, **2010**.

59. Lindsley, C.W.; Conn, J.P.; Weaver, C.D.; Niswender, C.M.; Lebois, E.P.; Bridges, T.M. 'Amidobipiperidinecarboxylate $M_1$ allosteric agonists, analogs and derivatives thereof, and methods of making and using same' WO 096703, **2010**.

58. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z.; Wisnoski, D.D. '4-Fluoro-Piperdine T-Type Calcium Channel Antagonists' WO 0216841, **2010**.

57. Armstrong, D.J.; Goto, Y.; Hashihayata, T.; Kato, T.; Kelly, M.J.; Layton, M.E.; Lindsley, C.W.; Ogino, Y.; Onozaki, Y.; Rodzinak, K.J.; Rossi, M.A.; Sanderson, P.E.; Wang, J.; Yaroschak, M.M. 'Preparation of diphenyl substituted naphthyridine compounds as inhibitors of Akt activity' WO 088177, **2010**.

56. Conn, P.J.; Lindsley, C.W.; Hopkins, C.R.; Weaver, C.D.; Niswender, C.M.; Gogliotti, R.D.; Engers, D.W. 'Substituted 1,1,3,3-tetraoxidobenzo[*d*][1,3,2]dithiazoles as mglur4 allosteric potentiators, compositions, and methods of treating neurological dysfunction' WO 088406, **2010**.

55. Lindsley, C.W.; Leister, W.H.; Wolkenberg, S.E. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0179122, **2010**.

54. Lindsley, C.W.; Conn, P. J.; Weaver, C.D.; Niswender, C.M.; Williams, R.; Jones, C.K.; Sheffler, D.J. '3.1.0 GlyT1 inhibitors and methods of making and using the same' WO 0256192, **2010**.

53. Wolkenberg, S.E.; Lindsley, C.W.; Zhao, Z.; Williams, T.M. 'Non-Nucleoside Reverse Transcriptase Inhibitors' WO 0168097, **2010**.

52. Lindsley, C.W.; Conn, P. J.; Weaver, C.D.; Niswender, C.M.; Williams, R.; Jones, C.K.; Sheffler, D.J. '3.3.0 GlyT1 inhibitors and methods of making and using the same' WO 0261773, **2010**.

51. Bilodeau, M.T.; Kett, N.R.; Lindsley, C.W.; Manley, P.J.; Melamed, J.Y.; Paone, D.V.; Trotter, W.B.; Wu, Z. 'Decahydroquinoline analogs as CB2 receptor modulators, useful in the treatment of pain, respiratory and non-respiratory disease' WO 099673, **2010**.

50. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Tyrosine kinase inhibitors' WO 0041652, **2010**.

49. Lindsley, C.W.; Shipe, W.D.; Yang, F.; Bunda, J.L. 'Benzyl-substituted quinolone M1 receptor positive allosteric modulators' WO 0009962, **2010**.

48. Lindsley, C.W.; Conn, P.J.; Kennedy, J.P.; Brogan, J.T. 'Unnatural dispyrin analogues, preparation and uses thereof' WO 0152107, **2009**.

47. Burns, H.D.; Hamill, T.G.; Lindsley, C.W. 'Radiolabeled Glycine Transporter Inhibitors' WO 0269278, **2009**.

*Dr. Craig W. Lindsley*

46. Hallett, D.; Lindsley, C.W.; Naylor, E.M.; Zhao, Z.; Theberge, C.R.; Wolkenberg, S.E.; Nolt, B.M. 'Piperidine Glycine Transporter Inhibitors' WO 0270451, **2009**.

45. Conn, J.P.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Bicyclic mGluR5 positive allosteric modulators and methods of making and using same' WO 0270362, **2009**.

44. Eastman, B.; Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Somatostatin agonists' WO 0258853, **2009**.

43. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W.  'Tyrosine kinase inhibitors' WO 0186871, **2009**.

42. Bergman, J.M.; Coleman, P.J.; Cox, C.D.; Hartman, G.D.; Lindsley, C.W.; Mercer, S.P.; Roecker, A.J.; Whitman, D.B. 'Proline bis-amide orexin receptors' WO 0118200, 2009.

41. Conn, P.J.; Lindsley, C.W.; Weaver, C.D.; Rodriguez, A.L.; Niswender, C.M.; Jones, C.K.; Williams, R. 'Benzamide derivatives as mGluR5 positive allosteric modulators and their preparation, pharmaceutical compositions and use in the treatment of diseases' WO 151184, **2008**.

40. Bilodeau, M.T.; Kett, N.R.; Lindsley, C.W.; Manley, P.J.; Melamed, J.Y.; Paone, D.V.; Trotter, B. W.; Wu, Z. 'Decahydroquinoline analogs as CB2 receptor modulators' WO 088744, **2008**.

39. Eastman, B.; Lindsley, C.W.; Wolkenberg, S.E.; Zhao, Z. 'Preparation of quinoline derivatives as somatostatin agonists' WO 051272, **2008**.

38. Lindsley, C.W.; Shipe, W.D.; Yang, F.; Bunda, J.L. 'Benzyl-substituted quinolone M1 receptor positive allosteric modulators' WO 002621, **2008**.

37. Shipe, W.D.; Lindsley, C.W.; Hallett, D.  'Quinolone M1 receptor positive allosteric modulators' WO 100366, **2007**.

36. Shipe, W. D.; Lindsley, C.W.; Hallett, D.  'Quinolone derivatives, processes for preparing them, pharmaceutical compositions containing them, and their use as M1 receptor positive allosteric modulators' WO 067489, **2007**.

35. Hallett, D.; Lindsley, C.W.; Naylor, E.M.; Zhao, Z.; Theberge, C.R.; Wolkenberg, S.E.; Nolt, B.M. 'Piperidine glycine transporter inhibitors' WO 053400, **2007**.

34. Burns, H.D.; Hamill, T.G.; Lindsley, C.W.  'Preparation of radiolabeled benzoic acid piperidinylalkylamide GlyT1 glycine transporter inhibitors for diagnostic imaging'  WO 041025, **2007**.

33. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z. 'Preparation of 3-fluoropiperidine compounds as T-type calcium channel antagonists' WO  002361, **2007**.

32. Barrow, J.C.; Lindsley, C.W.; Shipe, W.D.; Yang, Z.; Wisnoski, D. 'Preparation of 4-fluoropiperidine derivatives as T-type calcium antagonists' WO 002884,  **2007**.

31. Wolkenberg, S.E.; Zhao, Z.; Lindsley, C.W. 'Preparation of indolesulfonamides as non-nucleoside HIV reverse transcriptase inhibitors for the treatment of HIV infection and AIDS' WO 002368, **2007**.

30. Lindsley, C.W.; Leister, W.H.; Wolkenberg, S.E. 'Preparation of sulfonylindoles as non-nucleoside HIV reverse transcriptase inhibitors for the treatment of HIV infection and AIDS' WO 002481, **2007**.

*Dr. Craig W. Lindsley*

29.  Wolkenberg, S.E.; <u>Lindsley, C.W.</u>; Zhao, Z.; Williams, T.M.  'Preparation of indole derivatives as non-nucleoside reverse transcriptase inhibitors' WO 002458, **2007**.

28.  Bergman, J.M.; Coleman, P.J.; Cox, C.; Hartman, G.D.; <u>Lindsley, C.W.</u>; Mercer, S.P.; Roecker, A.J.; Whitman, D.B.  '**Proline bis-amide orexin receptor antagonists'** WO 127550, **2006**.

27**.**  Cosford, N.D.P.; Layton, M.E.; Liang, J.; <u>Lindsley, C.W.</u>; Sanderson, P.E. 'Preparation of quinoxaline and naphthyridine compounds as inhibitors of Akt kinases for the treatment of cancer activity' WO 091395, **2006**.

26.  Arrington, K.L.; Fraley, M.E.; Garbaccio, R.M.; Huang, S.Y.; <u>Lindsley, C.W.</u>; Steen, J.T.; Yang, F. '**Preparation of indolylindazole derivatives as inhibitors of checkpoint kinases' WO 086255, **2006**.

25.  Barnett, S.F.; Bogusky, M.J.; Leister, W.H.; <u>Lindsley, C.W.</u> 'Canthine analog inhibitors of Akt kinase activity, and use in the treatment of cancer' WO 068796, **2006**.

24.  <u>Lindsley, C.W.</u>; Wisnoski, D.D.; Wolkenberg, S.E. 'Cyclopropyl piperidine glycine transporter inhibitors for treatment of neurological and psychiatric disorders' WO 039221, **2006**.

23.  <u>Lindsley, C.W.</u>; Hallet, D.;Wolkenberg, S.E. 'Azetidines as glycine transporter inhibitors, their preparation, pharmaceutical compositions, and use in treatment of schizophrenia. WO 110983, **2005**.

22.  <u>Lindsley, C.W.</u>; Wolkenberg, S.E.; Zhao, Z. 'Morpholinyl piperidine derivative glycine transporter GlyT1 inhibitors, their  preparation and their use for treatment of neurological and psychiatric disorders' WO 107469, **2005**.

21.  Blackaby, W.;Duggan, M.E.;Hallett, D.;Hartman, G.D.;Jennings, A.S.;Leister, W.H.;Lewis, R.T.; <u>Lindsley,  C.W.</u>;Naylor, E.;Street, L.J.;Wang,Y.;Wisnoski, D.D.;Wolkenberg, S.E.; Zhao, Z. 'Preparation of heteroaryl-substituted piperidine glycine transporter inhibitors for the treatment of psychiatric disorders**'**  WO  094514, **2005**.

20.  Beavers, L.S.; Gadski, R.A.; Hipskind, P.A.; Jesudason, C.D.; <u>Lindsley, C.W.</u>; Lobb, K.; Pickard, R.T. 'Preparation of tetralin derivatives as histamine H3 receptor antagonists' WO 082893, **2005**.

19.  <u>Lindsley, C.W.</u>; Wisnoski, D.D.; Zhao, Z. '4-Phenylpiperidine derivative glycine transporter inhibitors for the treatment of neurological and psychiatric disorders' WO 046601, **2005**.

18.  <u>Lindsley, C.W.</u>; Wisnoski, D.D. 'Pyrazole modulators of metabotropic glutamate receptors' WO 030128, **2005**.

17.  Duggan, M.E.; <u>Lindsley, C.W.</u>; Wu, Z.; Zhao, Z.; Hartnett, J. 'Substituted pyridine compounds as inhibitors of protein kinase Akt activity for treating cancer' WO 096135, **2004**.

16.  Bilodeau, M.T.; Duggan, M.E.; Hartnett, J.; <u>Lindsley, C.W.</u>; Wu, Z.; Zhao, Z. Preparation of

     azaheterocyclyl-substituted diphenylpyridines as Akt inhibitors for the treatment of cancer' WO 096131, **2004**.

15.  Bilodeau, M.T.; <u>Lindsley, C.W.</u>; Zhao, Z. 'Triazine moiety-containing compounds as inhibitors of Akt kinase activity, and use for the treatment of cancer' WO 096129, **2004**.

14.  <u>Lindsley, C.W.</u>; Wisnoski, D.D. 'Synthesis of functional polymers for use in organic synthesis and combinatorial chemistry' WO 089857, **2004**.

13.  Duggan, M.E.; <u>Lindsley, C.W.</u>; Wisnoski, D.D. 'Benzamide modulators of metabotropic glutamate receptors' WO 087048, **2004**.

*Dr. Craig W. Lindsley*

12. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'A preparation of thieno[3,4-*b*]pyrazine derivatives useful as inhibitors of Akt activity' WO 041162, **2004**.

11. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Preparation of substituted sulfonyl indoles as novel tyrosine kinase inhibitors' WO 014851, **2004**.

10. Dinsmore, C.J.; Beshore, D.C.; Bergman, J.M.; Lindsley, C.W. 'Preparation of indolesulfonamides as tyrosine kinase inhibitors, in particular insulin-like growth factor 1 receptor (IGF-1R) inhibitors' WO 014300, **2004**.

9. Lindsley, C.W.; Zhao, Z. 'Preparation of fused quinoxaline derivatives as inhibitors of Akt activity for the treatment of cancer' WO 086404, **2003**.

8. Lindsley, C.W.; Zhao, Z. 'Preparation of *N*-[4-(3-phenylquinoxalin-2-yl)benzyl] substituted sulfonamides as inhibitors of Akt activity' WO 086403, **2003**.

7. Bilodeau, M.T.; Duggan, M.E.;Hartnett, J.C.; Lindsley, C.W.; Manley, P.J.; Wu, Z. Zhao, Z. 'Preparation of 2,3-diphenylquinoxaline derivatives as inhibitors of Akt activity for treating' cancer' WO 086394, **2003**.

6. Duggan, M.E.; Lindsley, C.W.; Zhao, Z. 'Preparation of 2,3-diphenylpyrazine derivatives as inhibitors of Akt activity for treating cancer' WO 086279, **2003**.

5. Barnett, S.F.; Defeo-Jones, D.; Haskell, K.M.; Huber, H.E.; Nahas, D.D.; Lindsley, C.W.; Zhao, Z.; Hartman, G.D. 'Preparation of triazolo[3,4-*b*]pyridazines and 2,3-diarylquinazolines for the treatment of cancer' WO 084473, **2003**.

4. Trotter, W.B.; Bell, I.M.; Zartman, B.C.; Lindsley, C.W.; Zhao, Z. 'Preparation of 2-carboxypyrroles as tyrosine kinase inhibitors' WO 035615, **2003**.

3. Beavers,  L. S.; Gadski,  Robert A.; Hipskind,  P. A.; Lindsley, C.W.; Lobb,  K. L.; Nixon,  J.A.; Pickard,  R.T.; Schaus,  J. M.; Takakuwa,  T.; Watson,  B.M.  'Preparation of non-imidazole aryl alkylamines as histamine H3 receptor antagonists' WO  0276925, **2002**.

2. Hodges, J.C.; Lindsley, C.W.; Harikrishnan, H. 'Solid-supported initiators and functional polymers for use in organic synthesis and combinatorial chemistry' WO 0078740, **2000**.

1. Lindsley, C.W.; Chen, C.; Shair, M.D.; Westwood, N.; Pelish, H.; Sheehan, S.; Goess, B.; Layton, M. 'Biomimetic combinatorial synthesis of polycyclic natural products' WO 9964379, **1999**.


**Presentations:**


95. Fadeyi, O.O.; Lindsley, C.W. 'Application of organocatalysis to the synthesis of pharmacological

   relevant scaffolds: Chiral β-fluoroamines and aziridines' 241st ACS National Meeting, March 27-31, 2011.

94. Lindsley, C.W. 'Development of M4 Allosteric Modulators for Psychiatric Disorders' University of Minnesota, February 15, 2010.

93. Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological Disorders' Broad Institute, December 1, 2010.

92. Lindsley, C.W. 'Modulation of Glutamate Signaling at Multiple Levels for Treatment of Positive Symptoms and Cognitive Disturbances in Schizophrenia' ACNP 2010, December 6, 2010.

*Dr. Craig W. Lindsley*

91.  Lindsley, C.W. 'Development of Allosteric Modulators for Psychiatric and Neurological
     Disorders' ACNP 2010, December 7, 2010.

90.  Lindsley, C.W. 'Discovery and Optimization of allosteric activators of M1 and M5: Efficacy in
     preclinical AD models' ICAD 2010, Honolulu, HI, July 13, 2010.

89.  Lindsley, C.W. ''Molecular Switches' on allosteric ligands that modulate modes of pharmacology'
     Gordon Research Conference on High Throughput Chemistry and Chemical Biology, Les
     Diablerets, Switzerkand, June 20, 2010.

88.  Lindsley, C.W. 'Development of allosteric modulators of GPCRS, kinases and lipases' Merck
     Pharmaceuticals (Legacy Schering), July 22, 2010.

87.  Lindsley, C.W. 'Development of allosteric modulators of GPCRS, kinases and lipases' Abbott
     Pharmaceuticals, June 11, 2010.

86.  **Lindsley, Craig W.** ' Development of positive allosteric modulators of mAChRs 1, 4 and 5'
     Abstracts of Papers, 238th ACS National Meeting, Washington, DC, United States, August 16-20,
     2009 .

85.  Reger, T.S.; Yang, Z-Q.; Schlegel, K-A. S.; Shu, Y.; Cube, R.V.; Mattern, C.; Rittle, K.E.; Ngo,
     P.L.; Shipe, W. D.; Yang, V.; **Lindsley, C.W.;** Barrow, J.; Coleman, P.; Hartman, G.D.; Tang, C.;
     Ballard, J.; Kuo, Y.; Prueksaritanont, T.; Kane, S.A.; Urban, M.O.; Liang, A.; Sain, N.M.; Uebele,
     V.N.; Nuss, C. E.; Doran, S.M.; Garson, S.L.; Fox, S.V.; Kraus, R.L.; Renger, J.J. 'Evaluation of
     potent and selective T-Type calcium channel antagonists in models of pain and insomnia' Abstracts
     of Papers, 237th ACS National Meeting, Salt Lake City, UT, United States, March 22-26, 2009

84.  Felts, A.S.; **Lindsley, C.W.** 'Development of novel chemotypes for negative allosteric modulation
     of mGluR5' Abstracts of Papers, 237th ACS National Meeting, Salt Lake City, UT, United States,
     March 22-26, 2009.

83.  Robertson, S.D.; Matthies, H.; Bibus-Christianson, N.; Kennedy, J.P.; **Lindsley, C.W.;** Blakely,
     R.D.; Galli, A. 'Insulin regulation of the norepinephrine transporter (NET)' Society for
     Neuroscience, Washington, D.C., November 15-19, 2008.

82.  Speed, N.; Owens, W.A.; Matthies, H.; Saunders, C.; Situ, M.; Kennedy, J.P.; Vaughan, R.;
     **Lindsley, C.W.;** Niswender, K.; Daws, L.C.; Galli, A. 'Insulin regulation of the dopamine
     transporter' Society for Neuroscience, Washington, D.C., November 15-19, 2008.

81.  Oluwatola, O.O.; Engers, D.W.; Sulikowski, G.A.; **Lindsley, C.W.** 'Advances in the Development
     of Positive Allosteric Modulators for Metabotropic Glutamate Receptor Subtype 5 (mGluR5)'
     60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN,
     United States, November 12-15, 2008.

80.  Kennedy, J.P.; **Lindsley, C.W.** 'Progress toward the Total Synthesis of Piperazimycin A'
     60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN,
     United States, November 12-15, 2008.

79.  Lewis, J.A.; Daniels, R.N.; **Lindsley, C.W.** 'Total Synthesis of Ciliatamides A - C: Stereochemical
     Revision and Unnatural Analogs' 60th Southeast Regional Meeting of the American Chemical
     Society, Nashville, TN, United States, November 12-15, 2008.

78.  Wang, E.A.; Daniels, R.N.; Melancon, B.J.; Sulikowski, G.A.; Lindsley, C.W. 'Efforts toward the
     Ethylideneproline Core of Lucentamycins -D. 60th Southeast Regional Meeting of the American
     Chemical Society, Nashville, TN, United States, November 12-15, 2008.

*Dr. Craig W. Lindsley*

77.  Daniels, R.N.; **Lindsley, C.W.**  'Total Synthesis of Lucentamycins A-D' Abstracts, 60th Southeast Regional Meeting of the American Chemical Society, Nashville, TN, United States, November 12-15, 2008.

76.  Davis, A.A.; Brady, A.E.; Heilman, C.J.; Gurevich, V.V.; **Lindsley, C.W.**; Conn, P.J.; Lah, J.J.; Levey, A.I. 'The novel allosteric agonist TBPB activates M1 muscarinic acetylcholine receptors without inducing arrestin recruitment or functional desensitization' Society for Neuroscience, Washington, DC, Nov. 15-19th, 2008.

75.  Lindsley, C.W. 'An Allosteric Approach for the Modulation of Class A GPCRs: Potential New

Therapeutics for Schizophrenia and Alzheimer's Disease' NYAS Novel Approaches to 7-Transmembrane Receptor Therapeutics, New York, NY September 23, 2008.

74.  Lewis, J.A.; Jaboin, J.; Tu, T.; Daniels, R.N.; Wiley, C.D.; **Lindsley, C.W.**; Hallahan, D.E. 'Development of Radiation Sensitizers that Inhibit Bone Marrow X Kinase' Radiation Research Society Meeting, Boston, MA September 21-25, 2008.

73.  Hammond, A.S.; Rodriguez, A.L.; Engers, D.W.; Jones, C.K.; Ayala, J.; Chen, Y.; Venable, D.F.; Oluwatola, O.; Lindsley, C.W.; Conn, P.J. 'Optimization of mGluR5 PAMs related to ADX47273' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

72.  **Lindsley, C.W.** 'Challenges in the development of mGluR allosteric ligands: Medicinal chemistry strategies to address confounding structure-activity-relationships' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

71.  Hammond, A.S.; Rodriguez, A.L.; **Lindsley, C.W.**; Conn, P.J. 'Members of a novel benzamide structural class act as positive allosteric modulators of metabotropic glutamate receptor subtype 5 by binding to a site other than that of 2-methyl-6-(phenylethynyl)pyridine and its analogs' 6th International Meeting on Metabotropic Glutamate Receptors, Taormina, Sicily – Italy, September 14-19, 2008.

70.  Hamill, T.G.; Jennings, A.S.R.; Lewis, R.T.; Pike, A.; Thomas, S.; Wood, S.; Street, L.; Patel, S.; Wisnoski, D.; Wolkenberg, S.E.; **Lindsley, C.W.**; Zhao, Z.; Krause, S.M.; Ryan, C.; Michener, M.;Williams, D.; Zeng, Z.; Miller, P.; Riffel, K.; Eng, W.; Gibson, R.E.; Sur, C.; Hargreaves, R.; Burns, H.D. 'Synthesis and characterization of glycine transporter (GlyT1) PET ligands' 236th ACS National Meeting, Philadelphia, PA, August 17-21, 2008.

69.  Pawluczyk, J.M.; McClain, R.T.; Mulhearn, J.J., Jr.; Rudd, D.J.; Denicola, C.; **Lindsley, C.W.** 'Microwave initiated living free radical polymerization: Optimization of the preparative scale synthesis of Rasta resins.  236th ACS National Meeting, Philadelphia, PA, August 17-21, 2008.

68.  **Lindsley, C.W.** 'Discovery of Centrally Active M1 and M4 Positive Allosteric Moduialtors' Gordon

Research Conference on Medicinal Chemistry, New London, NH, August 4-8, 2008 (invited Speaker).

67.  **Lindsley, C.W.** 'Development of allosteric ligands of Class A and Class C GPCRs Boston University's 9th Annual Symposium on Chemical Synthesis: Advances and Applications' Boston University, Boston, MA, June 27, 2008 (invited speaker).

66.  Speed, N.; Owens, W.A.; Williams, J.M.; Saunders, C.; Siuta, M.; Kennedy, J.P.; **Lindsley, C.W.**; Niswender, K.; Avison, M.J.; Daws, L.C.; Galli, A. 'How sweet is DAT: insulin regulation of dopamine transporter activity' ACNP 47th Annual Meeting, Scottsdale, AZ, December 7-11, 2008.

65.  Doughty, S.E.; Bibus-Christianson, N.; Kennedy, P.; **Lindsley, C.**; Blakely, R.D.; Galli, A. 'Insulin regulation of the norepinephrine transporter' Society for Neuroscience, Washington, DC, November

*Dr. Craig W. Lindsley*
15-19, 2008

64. **Lindsley, C.W.** 'Discovery and development of allosteric modulators of Class A and Class C GPCRs' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008 (invited speaker).

63. Lewis, L.M.; Sheffler, D.; Williams, R.; Bridges, T.M.; Kennedy, J.P.; Brogan, J.T.; Mulder, M.J.; Williams, L.; Nalywajko, N.T.; Niswender, C.M.; Weaver, C.D.; Conn, P.J.; **Lindsley, C.W.** 'Discovery and development of of a highly selective and centrally active M1 antagonist' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

62. Bridges, T.M.; Jones, C.K.; Brady, A.; Marlo, J.E.; Rodriguez, A.L.; Niswender, C.M.; Sheffler, D.; Kennedy, P.; Williams, R.; Orton, D.; Kim, K.; Williams, L.; Mulder, M.; Lewis, M.; Shirey, J.K.; Davis, A.A.; Lah, J.J.; Levey, A.I.; Weaver, C.D.; Conn, P.J.; **Lindsley, C.W.** 'Subtype-selective allosteric modulation of the M1 and M4 muscarinic receptors' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

61. Le, U.M.; Iwamoto, H.; Yuan, H.; DeFelice, L.; **Lindsley, C.W.** 'Targeting serotonin transporter channel activity aids in the development of therapeutic drugs for clinical depression' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008  (2008),

60. Sharma, S.; Williams, R.; Rodriguez, A.L.; Niswender, C.M.; Weaver, C.D.; Conn, P. J.; **Lindsley, C.W.** 'Synthesis and SAR of a partial mGluR5 antagonist lead: Unexpected modulation of pharmacology with slight structural modifications to a 5-(phenylethynyl)pyrimidine scaffold' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008

59. Daniels, R.N.; **Lindsley, C.W.** 'Total synthesis of lucentamycins' 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008.

58. Thomsen, M.; Conn, P.J.; **Lindsley, C.W.**; Fink-Jensen, A.; Caine, S.B. 'Modulation of cocaine discrimination by muscarinic ligands in mice' Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

57. Bridges, T.M.; Jones, C.K.; Brady, A.; Marlo, J.E.; Rodriguez, A.L.; Niswender, C.M.; Sheffler, D.; Kennedy, P.; Williams, R.; Orton, D.; Kim, K.; Williams, L.; Mulder, M.; Lewis, M.; Shirey, J.K.; Davis, A.A.; Lah, J.J.; Levey, A.I.; Weaver, C.D.; Conn, P.J.; **Lindsley, C.W.** 'Discovery and characterization of novel, highly-selective agonists and antagonists of mAChR1: *In vitro* and *in vivo* profiles relevant to Alzheimer's disease and schizophrenia' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

56. Brady, A.E.; Bridges, T.M.; Thompson, A.D.; Yin, H.; Shirey, J.K.; **Lindsley, C.W.**; Conn, P.J. 'Characterization of novel and selective positive allosteric modulators (PAMs) of the M4 muscarinic

   acetylcholine receptor (mAChR)' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008.

55. **Lindsley, C.W.** 'De novo design of potent GlyT1 inhibitors: *In vitro* and *in vivo* profiles' ASPET Centennial Meeting, Experimental Biology 2008, San Diego, CA, April 5-9, 2008 (invited speaker).

54. Ray. W.J.; Seager, M.; Ma, L.; Wittman, M.; Getty, K.; Marlatt, M.; Crouthamel, M-C.; Wu, G.; Sankaranarayananan, S.; Simon, A.; Burno, M.; Jones, K.; Graufileds, V.K.; Bickel, D.; Posavec, D.; Cook, J.; Veng, L.; Kuduk, S.; Sur, C.; Shipe, W.; **Lindsley, C.**; Kinney, G.; Pascarella, D. Jacobson, M.; Seabrook, G. 'Allosteric potentiation of the M1 muscarinic receptor provides unprecedented selectivity and a novel therapeutic strategy for the treatment of Alzheimer's Disease' Keystone Symposium on Alzheimer's Disease (C7), Keystone, CO, March 24-27, 2008.

53. Myers-Johnson, K.A.; Niswender, C.M.; Luo, Q.; Ayala, J.E.; Rodriguez, A.L.; Marlo, J.E.; Days, E.L.;

*Dr. Craig W. Lindsley*

Nalawajko, N.T.; Lornsen, K.A.; Williams, M.; Lewis, M.; Weaver, C.D.; Conn, P.J.; **Lindsley, C.W.** 'Discovery, synthesis and SAR of a series of novel positive allosteric modulators of metabotropic glutamate receptor subtype 4' Society for Neuroscience, San Diego, CA November 6, 2007.

52.  Miller, T.W.; Perez-Torres, M.; Guix, M.; **Lindsley, C.W.**; Arteaga, C.L. 'Loss of PTEN confers hormone-independent and anti-estrogen resistance to hormone receptor-positive human breast cancer cells' AACR special conf. on breast cancer, San Diego, CA, October 17-20, 2007.

51.  Buck, J.; Williams, R.; Marlo, J.; Brady, A.; Conn, P.J.; **Lindsley, C.W.** 'Development of M1 muscarinic receptor modulators' ACS WRM, San Diego, CA, October 9-13, 2007.

50.  Lewis, J.A.; Orton, D.; Fu, A.; **Lindsley, C.W.**; Hallahan, D.E. 'Development of phosphatidylinostitol-3 kinase inhibitors as cancer therapeutics'  ACS WRM, San Diego, CA, October 9-13, 2007.

49.  Barrow, J.; Yang, Q.; Shipe, W.D.; **Lindsley, C.W.**; Ynag, F.V.; Bieber, K.; Shu, Y.; Rittle, K.E.; Zrada, M.M.; Hartman, G.D.; Tang, C.; Ballard, J.; Kuo, Y.; Adarayan, E.D.; McLoughlin, D.; Prueksartitanot, T.; Uebele, V.N.; Nuss, C.E.; Doran, S.; Fox, S.; Kraus, R.L.; Vargas, H.M.; Bunting, P.; Woltmann, R.; Magee, M.; Koblan, K.; Renger, J.J. 'Discovery and optimization of selective, brain-penetrant T-type calcium channel antagonists' ACS-EFMC Frontiers in CNS and Oncology Medicinal Chemistry, Sienna, Italy, October 7-9, 2007.

48.  Bridges, T.; Brady, A.; Shirey, J.; Marlo, J.; Jones, C.K.; Conn, P.J.; **Lindsley, C.W.** 'Sub-type selective allosteric modu/altion of the M1 and M4 muscarinic receptors: novel agonists and potentiatiors relevant to Alzheimer's disease and schizophrenia'  ACS-EFMC Frontiers in CNS and Oncology Medicinal Chemistry, Sienna, Italy, October 7-9, 2007 (voted best poster).

47.  **Lindsley, C.W.** 'Natural Product Guided Synthesis: Total Synthesis, Molecular Editing and Biological Evaluation of Natural Products' ICCA X, Nashville, TN, August 12-15, 2007 (invited speaker).

46.  Williams, R.; Jones, C.; Brady, A.; Conn, P.J.; **Lindsley, C.W.** 'Development of M1 muscarinic modulators' Gordon Research Conference on Combinatorial Chemistry, New London, NH, June 3-7, 2007.

45.  **Lindsley, C.W.** 'Preclinical Drug Discovery in an Academic Setting - It is Possible' Gordon Research Conference on Combinatorial Chemistry, New London, NH, June 3-7, 2007 (invited speaker).

44.  Zhao, Z.; Nolt, M.B.; McDonald, T.P.; Maxwell. J.W.; Kinose, F.; Thut, C.; **Lindsley, C.W.**; Wolkenberg, S.E. 'Discovery of selective agonists of somatostatin receptor subtype 2 (SSTR2): application of an iterative analogue library approach' ACS MARM 2007, Ursinus College, Collegeville, PA May 16, 2007.

43.  **Lindsley, C.W.** 'Development of novel, centrally active GlyT1 inhibitors that further validate the NMDA hypofunction hypothesis of schizophrenia in preclinical animal models' International Congress on Schizophrenia Research (ICOSR), Colorado Springs, CO, March 28-May1, 2007.

42.  **Lindsley, C.W.** 'Progress towards validation of the NMDA hypofunction hypothesis of schizophrenia: discovery and development of centrally active glycine transporter (GlyT1) inhibitors' American College of Neuropsychopharmacology 45th Annual Meeting, Hollywood, FL, December 3-7, 2006.

41.  Zeng, Z.; Lemaire, W.; O'Malley, S.S.; O'Brien, J.A.; Miller, P.J.; Zhao, Z.J.; Wisnoski, D.D.; **Lindsley, C.W.**; Raab, C.E.; Williams, D.L.; Sur, C. 'Localization of GlyT1 in CNS tissues of rat and rhesus monkey by in vitro quantitative autoradiography using a novel GlyT1 radioligand' Society For Neuroscience 2006 Meeting, Atlanta, Georgia, October 10, 2006.

40.  Wolkenberg, S.E.; Zhao, Z.; Nolt, B.M.; Wisnoski, D.D.; Nanda, K.; Trotter, B.W.; Leister, W.H.; Hartman, G.D.; **Lindsley, C.W.** 'Application of an iterative analogue library approach to cardiovascular and neuroscience programs' Gordon Research Conference on Combinatorial Chemistry, Oxford, UK, August 20-25, 2006. (Voted Best Poster)

*Dr. Craig W. Lindsley*

39. **Lindsley, C.W.** 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' Gordon Research Conference on Medicinal Chemistry, New London, NH, August 6-11, 2006 (invited speaker).

38. Nanda, K.K.; Trotter, B.W.; Nolt, M.B.; Wolkenberg, S.E., **Lindsley, C.W.**; Kiss, L.; Spencer, R.H.; Wang, J.; Cato, M.J.; White, R.B.; Yeh, S.; Lynch, J.J.; Regan, C.P.; Stump, G.L. 'Synthesis and characterization of a series of 2,3-diarylbutanamide Kv1.5 potassium channel antagonists' Medicinal Chemistry 30th National Symposium, Seattle, WA., June 25, 2006.

37. Dudkina, A.; **Lindsley, C.W.**; McClain, R.T.; Cox, A.L.; Wang, Y., Denicola, C.J. 'Toward fully automated analytical support for high-throughput medicinal chemistry' High Performance Liquid Phase Separations 30th International Symposium (HPLC 2006), San Francisco, California, May 17-24, 2006.

36. Jesudason, C.D.; Beavers, L.S.; Cramer, J.W.; Dill, J.; Finley, D.R.; Gleason, S.D.; Hemrick-Leuke, S.K.; **Lindsley, C.W.**; Nelson, D.L.G.; Stevens, F.C.; Gadski, R.A.; Oldham, S.W.; Pickard, R.T.; Siedem, C.S.; Sindelar, D.K.; Singh, A.; Watson, B.M.; Witkin, J.M.;Hipskind, P.A. '(3-Piperidin-1-yl-propoxy)-tetrahydroisoquinolines and tetrahydroazepines: A novel series of selective H3 antagonists' 35th European Histamine Research Society Meeting, Delphi, Greece, May 10-13, 2006.

35. Wang, Y.; McClain, R.T.; Dudkina, A.; Cox, A.L.; Denicola, C.J.; **Lindsley, C.W.** 'Automated purification and post purification support in a high throughput synthesis group' Prep 19th International Symposium, Baltimore, Maryland, May 14-17, 2006.

34. McClain, R.T.; Varga, S.L.; Wolkenberg, S.E.; **Lindsley, C.W.**; Smiley, M.A.; Nolt, M.B. 'Convenient preparation of substituted 5-amino oxazoles via a microwave-assisted Cornforth rearrangement' Cambridge Health Institute: Chemistry Enabled Drug Design Meeting, San Diego, CA April 23-26, 2006.

33. Yang, F.V.; Shipe, W.D.; **Lindsley, C.W.** 'General microwave-assisted protocol for the expedient synthesis of quinoxalinones' Microwaves In Chemistry 4th International Conference, Orlando, FL. March 10, 2006.

32. Wisnoski, D.D.; **Lindsley, C.W.**; Williams Jr., D.L.; Sur, C. 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' Gordon Research Conference on Combinatorial Chemistry, Andover,  NH, August 21-26, 2005 (invited poster).

31. **Lindsley, C.W.** 'Lead optimization driven by iterative analogue library synthesis: development of of novel allosteric Akt kinase inhibitors'  Gordon Research Conference on Combinatorial Chemistry, Andover,  NH, August 21-26, 2005 (invited speaker).

30. **Lindsley, C.W.** 'Hit-to-Lead-to-Proof of Concept: Akt kinase inhibitors and mGluR5 positive allosteric modulators' World Pharmaceutical Congress - Hit-to-Lead: Streamling Lead Generation to Enhance Downstream  Success, Philadelphia, PA May 24-25, 2005 (invited speaker).

29. **Lindsley, C.W.** 'Discovery and development of the first centrally active mGluR5 positive allosteric modulators' ACS Mid-Atlantic Regional Meeting, Rutgers University, New Brunswick, NJ, May 23, 2005 (invited speaker).

28. **Lindsley, C.W.** 'Technology Enabled Synthesis:  A new paradigm for lead optimization' ACS ProSpectives on Medicnal Chemistry, Boston, MA, May 15-18, 2005 (invited speaker).

27. Zhao, Z.; Leister, W.H.; Wisnoski, D.D.; Wang, Y.; Wolkenebrg, S.E.; **Lindsley, C.W.** 'Microwave-assited organic synthesisof quinoxalines and 5,6-diphenylpyrazin-2(1H)-one libraries as isoyzme selective Akt inhibitors' ACS ProSpectives on Medicnal Chemistry, Boston, MA, May 15-18, 2005.

26. **Lindsley, C.W.** 'Technology enhanced medicinal chemistry: development of allosteric Akt

*Dr. Craig W. Lindsley*

kinase inhibitors' The Royal Society of Chemistry – High Throughput Medicinal Chemistry, London, UK, May 10, 2005 (invited speaker).

25. **Lindsley, C.W.** 'Technology Enabled Synthesis: application to the development of the first centrally active mGluR5 positive allosteric modulators' Vanderbilt Institute of Chemical Biology Nashville, TN, February 9, 2005 (invited speaker).

24. Huber, H.E.; Barnett, S.F.; Defeo-Jones, D.; Hancock, P.J.; Haskell, K.M.; Jones, R.E.; Leander, K.R.; **Lindsley, C.W.**; Robinson, R.G.; Zhao, Z.J. 'Akt inhibitors as chemosensitizers' Nature Biotechnology 2005 Winter Symposium, Miami, FL, February 5-9, 2005.

23. **Lindsley, C.W.** 'Application of microwave-assisted organic synthesis (MAOS) for lead optimization' LabAutomation 2005, San Jose, CA, February 3, 2005 (invited speaker).

22. Wang, Y.; Leister, W.; McClain, R.; Dudkina, A.; Wolkenberg, S.W.; **Lindsley, C.W.** 'Automated post-purification sample handling in a high-throughput medicnal chemistry group' LabAutomation 2005, San Jose, CA, February 3, 2005.

21. Zhao, Z.; Wisnoski, D.D.; Leister, W.H.; Wang, Y.; Wolkenberg, S.E.; **Lindsley, C.W.** 'Microwave-assisted organic synthesis of quinoxaline and 5,6-diphenylpyrazin-2(1$H$)-one libraries as Akt inhibitors' Microwave User Group Meeting, Princeton, New Jersey, October 26, 2004.

20. Balitza, A.E.; Barnett, S.F.; Bilodeau, M.T.; Defeo-Jones, D.; Hartman, G.D.; Hoffman, J.M.; Huber, H.E. Jones, R.E.; Kral, A.M.; **Lindsley, C.W.**; Manley, P.J.; Robinson, R.G.; Smith, A.M.'Development of diaryl-naphthyridine inhibitors of Akt kinase' American Chemical Society 228th National Meeting, Philadelphia, Pennsylvania, August 22-28, 2004.

19. **Lindsley, C.W.** 'Establishing an effective lead discovery and development operation' The National Institute of Health, Bethesda, MD., August 27, 2004 (invited speaker).

18. Defeo-Jones, D.; Barnett, S.F.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; Fu, S.; Robinson, R.G.; Huber, H.E.; Jones, R.E. Zhao, Z.; Duggan, M.E.; **Lindsley, C.W.** 'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members'Gordon Research Conference on Cancer Models and Mechanisms, Salve Regina University, New Port, RI, August 1-6, 2004.

17. **Lindsley, C.W.** 'Development pleckstrin homology domain dependent and isozyme selective Akt kinase inhibitors' Gordon Research Conference on Medicinal Chemistry, New London, NH, August 1-6, 2004 (invited speaker).

16. Defeo-Jones, D.; Barnett, S.F.; Hancock, P.J.; Haskell, K.M.; Leander, K.R.; Fu, S.; Robinson, R.G.; Huber, H.E.; Jones, R.E. Zhao, Z.; Duggan, M.E.; **Lindsley, C.W.** 'Tumor cell sensitization to apoptotic stimuli by selective inhibition of specific Akt/PKB family members' Anti-Cancer Drug Discovery and Development, 6th Annual Summit, Philadelphia, PA July 21-23, 2004.

15. Leister, W.H.; **Lindsley, C.W.** 'Complete high throughput analytical support for drug discovery: from customization of a preparative liquid chromatograph/mass spectrometer to plating samples for screening' World Pharmaceutical Congress - Hit-to-Lead: Streamling Lead Generation to Enhance Downstream Success, Philadelphia, PA May 18-19, 2004.

14. **Lindsley, C.W.** 'The challenges of establishing an effective lead discovery and development group' World Pharmaceutical Congress - Hit-to-Lead: Streamling Lead Generation to Enhance Downstream Success, Philadelphia, PA May 18-19, 2004 (invited speaker).

13. Duggan, M.E.; **Lindsley, C.W.**; Leister, W.H.; Strauss, K.A.; Wang, Y.; Wisnoski, D.D.; Zhao, Z. 'Application of enabling technologies to expedite drug discovery' Advances in Synthetic, Combinatorial and Medicinal Chemistry International Symposium, Moscow, Russia May 5-8, 2004.

12. **Lindsley, C.W.** 'Technology enhanced medicinal chemistry' CHI's Molecular Medicine Triconference: Mastering Medicinal Chemistry, San Francisco, CA March 26, 2004 (invited speaker).

*Dr. Craig W. Lindsley*

11. **Lindsley, C.W.** 'Target and diversity-oriented organic synthesis employing microwave technology' 2nd International Microwaves in Chemistry Conference, Orlando, FL, March 5, 2004 (invited speaker).

10. Williams, D.L., O'Brien, J. A., Lemaire, W., Wittmann, M., Chen, T., Chang, R.S.L., Jacobson, M.A., Ha, S.N., Wisnoski, D.D., **Lindsley, C.W.**, Sur, C., Duggan, M.E., Pettibone, D.J., Conn, P.J. 'Actions of a novel allosteric potentiator of mGluR5 in recombinant and native systems' Society for Neuroscience, New Orleans, LA, November 8-12, 2003.

9. **Lindsley, C.W.** 'Methodology and tools to expedite the synthesis and purification of analog libraries' 35th ACS Central Regional Meeting, Pittsburgh, PA, October 22, 2003 (invited speaker).

8. **Lindsley, C.W.** 'Microwave-assisted organic synthesis: A powerful approach for small molecule construction and the expedient development of new materials' Mid-Atlantic Fall Symposium on Microwave-Assisted Organic Synthesis, Iselin, NJ, October 16, 2003 (invited speaker).

7. **Lindsley, C.W.** 'Technology enhanced medicinal chemistry – practical tools to accelerate lead discovery and development' Presented at Meeting the Challenges of Modern Medicinal Chemistry East Brunswick, NJ, October 2, 2003 (invited speaker).

6. **Lindsley, C.W.** 'Microwave-mediated synthesis: A powerful approach for small molecule construction and the expedient development of new materials' Mid-Atlantic Symposium on Microwave-Assisted Organic Synthesis, King of Prussia, PA, June 19, 2003 (invited speaker).

5. Williams, D.L. Jr.; O'Brien, J.A; Lemaire, W. Chen, T.B. Chang, R.S.L.; Jacobson, M.A., Ha, S.N.; Wisnoski, D. D.; **Lindsley, C. W.**; Sur, C.; Duggan, M.E.; Pettibone, D.J.; Conn, P. J. 'Difference in mGluR5 interaction between positive allosteric modulators from two structural classes' New York Academy of Sciences Meeting on Glutamate and Disorders of Cognition and Motivation, New Haven CT, 13-15 April 2003.

4. **Lindsley, C.W.** 'Fluorous technology for solution phase parallel synthesis' University of Pittsburgh, Departmental Seminar, Pittsburgh, PA, September 17, 2002 (invited speaker).

3. **Lindsley, C. W.** 'West Point's Technology Enabled Synthesis (TES) group: A targeted library approach to chemical lead development for nascent programs' Merck Chemistry Council Medicinal Chemistry Conference, La Sapiniere Resort, Val David, Quebec, Canada, June 15-19, 2002.

2. **Lindsley, C. W.** 'Biomimetic solid-phase synthesis of benzoxanthenone unnatural products', University of California, Santa Barbara, Departmental Seminar, Santa Barbara, CA, November 17, 1998 (invited speaker).

1. **Lindsley, C. W.** 'Novel bi-directional organometallic linchpins for all-E polyene synthesis', Chemistry Alumni Research Symposium (CARS), California State University, Chico, Chico, CA 1997.

**References**

Prof. Matthew D. Shair
Harvard University
12 Oxford St.
Cambridge, MA 02138
(617) 495-5008
shair@chemistry.harvard.edu

Prof. Bruce Lipshutz
UC Santa Barbara
Dept. of Chemistry.
Santa Barbara, CA  93106
(805) 893-2521
lipshutz@chem.ucsb.edu

Prof. Stuart Schreiber
Harvard University
12 Oxford St.
Cambridge, MA 02138
(617) 495-1426
sls@slsiris.harvard.edu

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PFIZER PHARMACEUTICALS LLC, and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-1305 (RGA) CONSOLIDATED |
| ALEMBIC PHARMACEUTICALS, LTD., ALEMBIC PHARMACEUTICALS, INC. , SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | ) ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) | |

**<u>OPENING EXPERT REPORT OF CRAIG W. LINDSLEY, PH.D.</u>**

## I.      INTRODUCTION

1.      I, Craig W. Lindsley, Ph.D., submit this expert report on behalf of Defendants Alembic Pharmaceuticals, Ltd., Alembic Pharmaceuticals, Inc., Sun Pharmaceuticals Industries Limited and Sun Pharmaceutical Industries, Inc. ("Defendants") in the above-captioned litigation brought by Wyeth LLC, Wyeth Pharmaceuticals Inc., PF Prism C.V., Pfizer Pharmaceuticals LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V. ("Plaintiffs").

2.      In particular, I have been asked to provide a statement of my opinions based on my experience, education, training, knowledge of the literature, and materials reviewed, relating to U.S. Patent Nos. 7,417,148 ("the '148 patent") and 7,919,625 ("the '625 patent"), and. 7,767,678 ("the '678 patent").  Specifically, I have been asked to set forth technical opinions which I have been informed pertain to the validity of Claim 7 of the '148 patent,,Claim 1 of the '625 patent,[2] and Claim 12 of the '678 patent (collectively, "the Asserted Claims").

3.      In addition, if asked, I may respond to the opinions and testimony of Plaintiffs' witnesses regarding issues within my area of expertise.

4.      In forming my opinions and preparing this report, I reviewed and considered the materials cited in this report and the materials listed in Exhibit A to this report.  I have also relied upon my knowledge, education, and training as described below and in my *curriculum vitae*, attached to this report as Exhibit B.

## II.     QUALIFICATIONS AND EXPERIENCE

5.      I am currently one of only five University Professors at Vanderbilt, with tenure across the School of Medicine and the School of Arts and Sciences.  I am also the William K.

---

[2] Claim 1 of the '625 patent is only asserted against the Sun defendants, not the Alembic defendants.

1

Warren, Jr. Chair in Medicine.  At Vanderbilt, I am engaged in drug discovery, and have licensed

fifteen projects to pharmaceutical partners.

6.      I received my Ph.D. in Chemistry in 1996 from the University of California, Santa

Barbara.  Thereafter, I worked in the pharmaceutical industry as a medicinal chemist during the

1999-2006 time period in both oncology and neuroscience, during which I developed six drug

candidates.  At Parke-Davis, I worked on oncology programs directed at serine/threonine kinase

proteins, and the preparation of new rasta resins to expedite compound synthesis.  I then moved

to Eli Lilly, and worked on a number of CNS programs targeting agonists and antagonists of G-

protein coupled receptors ("GPCRs").  I was then recruited to Merck to lead a new effort in their

medicinal chemistry department.

7.      While at Merck, I worked on a number of kinase programs, and I became very

familiar with chronic myelogenous leukemia ("CML") and kinase inhibitors (both ATP-

competitive and allosteric).   In particular, I developed the first allosteric Akt kinase inhibitors

that enabled isoform specificity between Akt1, Akt2 and Akt3, and delivered key tool

compounds as well as MK-2206.  I also worked on IGF-1R, a tyrosine receptor kinase, and dealt

with selectivity challenges of the highly homologous insulin receptor (IR) and the IGF-1R/IR

heterodimer, and other kinase programs, such as Chk-1.  Also while at Merck, I co-developed the

field of GPCR allosteric modulators, delivering the first PAMs of $M_1$ and $mGlu_5$, showing

unprecedented selectivity and critical target validation.

8.      Moreover, from my time at three different pharmaceutical companies (and having

participated in the filing of patent applications at all three, including dozens at Merck), I

understand how timing and execution of invention disclosures and patent filings are handled in

the pharmaceutical industry.  It was the industry standard during my time, from 1999 to 2006, to

file patent applications early to ensure ownership of new chemical matter and methods of treatment.  The general rule was that there could be no public disclosure of compounds or new pharmacological concepts in poster, oral or manuscript form, unless a patent application had been filed prior to disclosure.  Every drug development program included a representative from the patent department, and we routinely held meetings to discuss the IP landscape and decide the content and timing of new applications; any disclosure – abstract, manuscript, slides, etc. – were sent to the project-assigned attorney for approval prior to any disclosure.   At all three organizations, scientists were required to have completed lab notebook pages counter-signed and witnessed within 30 days of closing out an experiment, as the countersigned date was considered the date of conception for patent application purposes.

9.      At all three companies, we would typically have 18 to 24 months from initiation of an oncology project to declaring a preclinical development candidate.  The clock was started when we found a "hit"—a small molecule with favorable activity as measured through a predetermined screening assay or through reviewing the literature.  We had hard milestones and deliverables.  We had to move through hit-to-lead and initiate full lead optimization within 6 months.  This involved a series of tests to determine tractable structure-activity relationships ("SAR"), robust chemistry, strong *in vitro* data (biochemical and cellular) and good rodent pharmacokinetics ("PK").  We also conducted patent searches to confirm we were in a chemical space with freedom to operate.  Only after all this was done would we begin drafting patent applications.   During this time, there would be no external disclosures of any kind related to the project.  We would always file the patent application in early lead optimization ("LO"), as we had 12 months to add new examples, and the project would deliver a candidate or be terminated by that time.   In LO, the team received more resources, and iterative med chem, biochemistry,

3

drug metabolism and pharmacokinetics ("DMPK") and *in vivo* efficacy studies accelerated, such that typically 2,000 or more compounds were synthesized and evaluated en route to candidate selection.  As we narrowed the field of potential drug candidates to one (with low predicted efficacious human plasma levels), we would file a second provisional application to claim the particular key compound.   Late stage multi-species *in vitro* and *in vivo* PK studies would be completed, along with tumor xenograft studies, *in vitro/in vivo*  toxicology studies, and dose escalation studies with various formulations of the lead drug candidate.  A 'package' would be presented to management for approval, and if approved, we would initiate studies to enable an investigational new drug ("IND") application.  Based on a variety of factors, a back-up program may or may not be launched for the target.  If not, the team was reassigned to another cancer program, and the entire process began again.

10.     After Merck, I joined Vanderbilt in 2006 as an Associate Professor and Director of Medicinal Chemistry and Drug Metabolism and Pharmacokinetics ("DMPK") for the Vanderbilt Center for Neuroscience Drug Discovery ("VCNDD").  I was quickly promoted to Full Professor, and in 2018, University Professor.  During my 13 years thus far at Vanderbilt, I have received numerous awards for excellence in medicinal chemistry/drug discovery, served as founding Editor-in-Chief of *ACS Chemical Neuroscience*, been named one of the World's Most Influential Minds, and routinely appear on the most cited researcher lists.  I also follow the same guidelines at Vanderbilt that I followed while in industry for disclosures, patent applications, and record keeping.

11.     I have published over 400 manuscripts, and am an inventor on 91 issued US patents and over 200 published patent applications.  Through my involvement in obtaining these

patents I have developed an understanding of how the timing and execution of invention disclosures and patent filings are handled in the pharmaceutical industry.

12.     Other accomplishments, awards, and professional memberships are noted in my *curriculum vitae*, which is attached as Exhibit B.

13.     My areas of expertise include drug discovery and development, particularly in the field of oncology and with various kinase inhibitors, including both serine-threonine kinase inhibitors and tyrosine kinase inhibitors, transporters, ion channels and GPCRs. I have been working on developing tyrosine kinase inhibitors for the treatment of cancer and some fibrotic diseases for over 20 years.

## III.    SUMMARY OF OPINIONS

14.     My opinions, which are set forth in detail below, are as follows:

- Claim 1 of the '625 patent is anticipated by the prior art.

- Claim 7 of the '148 patent and Claim 1 of the '625 patent would have been obvious to a person of ordinary skill in the art as of the date of the alleged invention.[3]  In reaching this opinion, I have considered the secondary considerations identified by Plaintiffs as supporting nonobviousness.

- Claim 7 of the '148 patent, Claim 1 of the '625 patent, and Claim 12 of the '678 patent are not enabled;

- Claim 7 of the '148 patent, Claim 1 of the '625 patent, and Claim 12 of the '678 patent lack a sufficient written description;

---

[3]     As discussed below, I understand  that Plaintiffs have alleged that the claimed invention was conceived by May 20, 2002, and the named inventors worked diligently to reduce the invention to practice beginning in November 2002.  I further understand that the earliest claimed priority date of the '148 and '625 patents is November 6, 2003.  These claims would have been obvious as of either November 6, 2002 or November 6, 2003.

became aware that other Src inhibitors could inhibit Abl, Wyeth also tested its Src inhibitors to
see if they could also inhibit Abl).

74.     The challenge, at that time, was not only to develop Src inhibitors capable of
inhibiting cancer growth, but identify those that are also stable *in vivo* and bioavailable.  Irby
2000 at 5640.  By 2001, bosutinib was identified as such a Src inhibitor. *See, e.g.,* Boschelli 2001
at 3970 (determining, through a xenograft study, that compound 31a (bosutinib) was sufficiently
bioavailable to inhibit the growth of Src-transformed fibroblasts).

### D.     Availability of § 102(a) Prior Art

75.     I understand that references that were publicly disclosed after November 6, 2002,
but before November 6, 2003, fall into a category of prior art referred to as § 102(a) prior art
with respect to the '148 and '625 patents.  It is also my understanding that § 102(a) references
can be disqualified as prior art if Plaintiffs can establish a date of invention that predates the
publication of the § 102(a) reference.

76.     It is my understanding, however, that for Plaintiffs to assert an earlier date of
invention, Plaintiffs must show that the named inventors not only conceived of the invention
prior to the publication of the § 102(a) reference, but that the named inventors diligently worked
to reduce the invention to practice from at least just prior to the date of the prior art reference.
Because the subject matter claimed by the '148 and '625 patents was not reduced to practice
prior to the filing of the priority application on November 6, 2003 (*see, e.g.*, PFE-BO801683588
at 3590, indicating that Phase I/II trials for bosutinib to treat CML did not begin until December
2005), I understand that the date of filing of the priority application is considered a date of
"constructive" reduction to practice.  Therefore, I understand that for Plaintiffs to challenge a
given § 102(a) reference as prior art, Plaintiffs must show conception and diligence in reducing
the invention to practice from at least the date of that reference (November 16, 2002 to antedate

the Boschelli 2002 reference or January 15, 2003 to antedate the Golas 2003 reference) to

November 6, 2003.

77.     I have reviewed the evidence that Plaintiffs cite in support of their assertion of

diligence, and it is my opinion that the named inventors did not diligently work to reduce the

invention to practice between either November 16, 2002 and November 6, 2003 or January 15,

2003 and November 6, 2003.

78.     Plaintiffs have asserted a conception date at least as early as May 20, 2002.  *See*

Plaintiffs' Supplemental Objections and Responses to Defendants' First Set of Interrogatories

dated November 9, 2018, at Supplemental Response to Interrogatory No. 1.  Plaintiffs further

assert that "[a]t least throughout the period from shortly before the publication of the Donato

2002 reference on November 16, 2002, through the filing of U.S. Provisional Application

60/517,819 on November 6, 2003, the named inventors and their colleagues who were involved

in the development of bosutinib worked diligently to reduce the inventions of the '148 and '625

patents to practice."  *See* Plaintiffs' Second Supplemental Objections and Response to

Defendants' Interrogatory No. 1, dated January 11, 2019, at p. 3.

79.     All of the data that was incorporated into the specification of the '148 and '625

patents was obtained before May 20, 2002, as indicated by a draft for a Cancer Research article

that eventually published January 15, 2003 as the Golas 2003 reference.  *See, e.g.,* PFE-

BOS01772244 and PFE-BOS01772245.  The May 2002 draft of the Cancer Research article

identifies the three named inventors of the '148 and '625 patents among its authors: Jennifer

Weber (maiden name of Jennifer Golas), Kim Arndt, and Frank Boschelli.  PFE-BOS01772245.

This draft discloses that SKI-606, or bosutinib, is not only a Src inhibitor, but "is shown here to

be a potent antiproliferative and pro-apoptotic agent against chronic myelogenous leukemia cells

26

in culture, at least in part because SKI-606 is also a potent Abl kinase inhibitor." *Id*. at 2258.

The last paragraph of the May 2002 draft article states the following: "Simultaneous inhibition of

two signal transduction targets important in CML could offer significant therapeutic advantages

for patients refractory to STI-571 treatment." *Id*. at 2260.   Thus, at least as early as May 2002,

the named inventors of the '148 and '625 patents appreciated that bosutinib, which

simultaneously inhibits Src and Bcr-Abl, two of the signal transduction targets important in

CML, could offer significant therapeutic advantages for patients refrractory to Gleevec.

80.     However, the last paragraph of the May 2002 draft article also states: "We caution

that to date, the toxicological properties of SKI-606 have not been examined." *Id*. at 2260.

Thus, as of May 2002, toxicological studies of bosutinib necessary to determine a therapeutically

effective dose had not yet been performed.   As a Wyeth employee testified, rat and dog oral

maximum-tolerated-dose ("MTD") studies would be the first studies performed to develop

bosutinib for an oral oncology indication, such as CML.   Clarke Dep. Tr. 36:11-15.[5]

81.     However, these oral MTD studies did not begin until long after May 20, 2002.

Instead, while oral toxicology studies for bosutinib were planned for November 2002, they were

inexplicably delayed until January 2003.   *Compare* PFE-BOS01593573 ("The rat and dog oral

MTD studies are tentatively scheduled for late November") with PFE- B0S01593603 ("The rat

and dog oral MTD studies are tentatively scheduled to begin dosing in mid January"). In fact,

toxicology studies for bosutinib did not begin until at least January 28, 2003.   *See, e.g.,* PFE-

BOS01593199 (January 15, 2003 Src meeting minutes stating that "[t]he start date for the rat oral

---

[5] While I understand that rat and dog IV MTD studies were being performed, these IV toxicity studies were done for the stroke indication, which would not apply to an oncology indication such as CML.

MTD study is January 28"); *see also* PFE-BOS01588107 (disclosing that "[t]he dog oral MTD study date is scheduled to begin on March 4th [2003]")

82.     Thus, after May 20, 2002, there is no evidence of work done to pursue even toxicology studies in rats and mice until after the publication of the Golas 2003 article on January 15, 2003—on January 28, 2003.  Plaintiffs have not produced any evidence to show that there was any work done to reduce the inventions of the '148 and '625 patents to practice prior to the publication of the Boschelli 2002 reference on November 16, 2002 or the Golas 2003 article on January 15, 2003.  The months of inactivity relating to development of bosutinib for a CML indication show that the named inventors were not diligent in reducing to practice the subject matter claimed by claim 7 of the '148 patent and claim 1 of the '625 patent.

83.     I reserve the right to supplement my opinions on diligence in response to any additional evidence provided by Plaintiffs in a responsive expert report.

### E.     Scope And Content Of The Prior Art Prior to November 6, 2002

84.     Without intending to be limiting, I provide below descriptions of disclosures and teachings of prior art references that relate to the subject matter of the '148 and '625 patents. These disclosures and teachings are representative of the general knowledge of a POSA and the scope of the prior art as of November 6, 2002, one year prior to the earliest priority date of the'148 and '625 patents, which I understand to be the critical date before which any patent or printed publication may be considered § 102(b) prior art to the '148 and '625 patents.  It is my understanding that a patentee cannot overcome a reference that is considered § 102(b) prior art reference by claiming an earlier date of invention.

### 1.     Danhauser-Riedl et al., *Activation of Src Kinases p53/56lyn and p59hck by p210bcr/abl in Myeloid Cells*, Cancer Research 56:3589 (1996) ("Danhauser 1996")

Respectfully submitted,


Dated: April 24, 2019

_____

Craig W. Lindsley

EXHIBIT C

**PUBLIC VERSION**

*WYETH LLC, et al vs.*
*ALEMBIC PHARMACEUTICALS, LTD., et al*

---

*CRAIG W. LINDSLEY*
*August 9, 2019*

---



*Original File 280367.txt*
*Min-U-Script® with Word Index*

1    that plaintiffs cite in support of their assertion

2    of diligence, and it is my opinion that the named

3    inventors did not work -- did not diligently work

4    to reduce the invention of practice between either

5    November 16, 2002, and November 6, 2003, or

6    January 15, 2003, and November 6, 2003."

7              What -- what expertise do you have in what

8    constitutes diligence to reduce an invention of

9    practice?

10   A.        Well, it -- you know, so both at Merck --

11   I would say not so much, but the time at

12   Vanderbilt, we work with pharmaceutical companies.

13   They license our programs.  We co -- we codevelop

14   them with them.  And one of the things we have in

15   all of our contracts are very strong diligence

16   language on timelines for development.

17             We can't get companies to agree to

18   maintenance fees, but we always make them agree to

19   timeline-based diligence, so that assets don't sit.

20   We don't want things to be parked at the

21   IND-enabling study stage; we don't want to park

22   something at Phase 1.  So they had defined times to

23   move things along.

24             But then internally at Merck, I mean, I

25   wouldn't necessarily call it "diligence,"

```
 1   necessarily, as -- as that defined term, but when
 2   we have a program, we had defined terms in which to
 3   get through certain milestones that was handed down
 4   by the company, the head of the different
 5   divisions.
 6            And so in terms of the oncology
 7   clinicians, the clinical enterprise, they provided
 8   the development team defined timelines, which you
 9   can consider diligence, by which this has to be
10   done by this timeline; you know, everything was 1Q
11   here, 2Q here.  You have to be here, you have to be
12   here, you have to be here.
13            So there were defined milestones, which
14   you could just assume would be diligence.  But I've
15   done a lot of diligence writing to make sure
16   partners don't park assets at various stages.
17   Q.       During your Ph.D. program, did you take
18   any classes on diligence to reduction of practice?
19   A.       That was not part of the Ph.D. program.
20   Q.       Have you ever taught a class on diligence
21   to reduction of practice?
22   A.       No, I have not.
23   Q.       How many articles have you published?
24   A.       I have not published any articles on
25   diligence.
```

1    Q.        But how many articles have you published?

2    A.        Oh.  Well over 500.

3    Q.        And none of those relate to diligence?

4    A.        No.  They're all scientific articles.

5    Q.        Are you aware of any peer-review journal

6    in which an article about diligence to reduction of

7    practice appears?

8    A.        I am not.

9    Q.        If you turn to page 57, there's a --

10   Section 9 says, "Claim 1 of the '625 patent is

11   invalid as anticipated by Boschelli 2001."

12             Do you see that?

13   A.        Yes, I do.

14   Q.        And then there is several paragraphs in --

15   in that section.  You just want to maybe just read

16   those, just to put -- put context -- I'm only going

17   to ask you questions about 162, but for context, if

18   you can just read the other ones -- I'm sorry, 163.

19   A.        Okay.

20   Q.        If you go to paragraph 163.  You state,

21   "Furthermore, assuming that CML-inhibiting amount

22   means therapeutically effective, the dosing regimen

23   will determine whether a given pharmaceutical

24   composition is CML-inhibiting or therapeutically

25   effective."

1    And then it says, "As explained above, no
2    single dose can provide a therapeutically effective
3    amount.  However, it is possible that 3 milligram
4    bosutinib administered to a human patient 167 times
5    a day for prescribed number of days could cure or
6    ameliorate the symptoms of CML, and thus be a
7    therapeutically effective or CML-inhibiting
8    amount."
9    By November 6, 2002, could a scientist
10   working in the field have determined that 167 --
11   administering 3 milligrams of bosutinib 167 times
12   per day would be a therapeutically effective
13   amount --
14              MR. GRAVELINE:  Objection to the
15   form.
16   Q.       -- for treating CML?
17              MR. GRAVELINE:  I'm sorry.  Objection
18   to the form.
19   A.       Could you rephrase that, or say that
20   question again, please?
21   Q.       Sure.  If I used the phrase "person of
22   ordinary skill in the art," do you know what I
23   mean?
24   A.       Mm-hmm.
25   Q.       Or POSA?