IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WYETH LLC, WYETH                  :
PHARMACEUTICALS INC., et al.,     :
                                    :
          Plaintiffs,           :
                                    :
        v.                  :         Civil Action No. 16-1305-RGA
                                    :
ALEMBIC PHARMACEUTICALS, LTD., :
et al.,                                  :
                                    :
          Defendants.        :

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 23rd day of October 2019, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 249) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1.  The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the pretrial conference.

2.  A bench trial will begin on November 4, 2019 at 8:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3.  The trial is timed. Each side is allowed 10 ½ hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument will be decided during trial.

4.  Trial counsel are to be present and ready to proceed at 8:30 a.m. each and every day of trial.  **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.**  There will be an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

5.  Defendant's Daubert motion (D.I. 226) is DENIED without prejudice to any specific objections to questions asked at trial.  Plaintiffs' Daubert motion (D.I. 227) is expected to be withdrawn.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

United States District Judge