IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH LLC, WYETH PHARMACEUTICALS LLC, PF PRISM C.V., PBG PUERTO RICO LLC, AND PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES, LTD. AND SUN PHARMACEUTICAL INDUSTRIES. INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-1305 (RGA) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS Plaintiffs Wyeth LLC, Wyeth Pharmaceuticals LLC, PF Prism C.V., PBG Puerto Rico LLC, and PF PRISM IMB B.V.(collectively, "Plaintiffs") timely brought suit against defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Industries, Inc. (collectively, "Sun") in this District, Civil Action No. 16-cv-1305-RGA and 16-cv-1362-RGA, charging Sun with, *inter alia,* infringement of U.S. Patent Nos. 7,417,148, 7,919,625 and 7,767,678;

IT IS HEREBY STIPULATED by Plaintiffs and Sun, subject to approval of the Court:

1. All claims and counterclaims between Plaintiffs and Sun are dismissed without prejudice.
2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.
3. The parties have entered into a settlement and license agreement with respect to their respective claims (the "Settlement and License Agreement"). Sun will not make, have made, use, offer for sale or sell the accused product of Sun in the United States except as

provided for in the parties' Settlement and License Agreement.

4. The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Order of Dismissal and the Settlement and License Agreement.

5. This Stipulation and Order shall not act as an adjudication on the merits.

6. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Megan E. Dellinger | /s/ Karen E. Keller |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mdellinger@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

November 1, 2019

**IT IS HEREBY SO ORDERED.**

Dated: 11/1/2019

_____
THE HONORABLE RICHARD G. ANDREWS
United States District Judge
District of Delaware